**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| E.I., a minor, by RHEALYN ALEXANDER, individually, and as parent and next friend of E.I., *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.,<br><br>       Defendant. | Civil Action No. 3:12-cv-00052-DRH-DGW |

**INDEX OF EXHIBITS TO NOTICE OF REMOVAL**

| Exhibit | Description |
|:---:|---|
| A | Plaintiffs' Motion to Consolidate |
| B | Chart listing all of the plaintiffs in the Illinois Depakote Mass Action |
| C | Chart identifying plaintiffs' counsel in each of the actions in the Illinois Depakote Mass Action |
| D | Plaintiffs' Appendix of Actions from the Motion to Consolidate |
| E | Notice of Removal from the United States District Court for the Northern District of Illinois |
| F | Bartolini—pleadings, process and orders |
| G | Book—pleadings, process and orders |
| H | Brumfield—pleadings, process and orders |

| Exhibit | Description |
|:-:|---|
| I | Alexander—pleadings, process and orders |
| J | Pyszkowski—pleadings, process and orders |
| K | Woolfolk—pleadings, process and orders |
| L | Bartolini—1446(d) Notice of Filing of Notice of Removal to the Illinois Appellate Court, Fifth District |
| M | Book—1446(d) Notice of Filing of Notice of Removal to the Illinois Appellate Court, Fifth District |
| N | Brumfield—1446(d) Notice of Filing of Notice of Removal to the Illinois Appellate Court, Fifth District |
| O | Woolfolk—1446(d) Notice of Filing of Notice of Removal to the Illinois Appellate Court, Fifth District |
| P | Alexander—1446(d) Notice of Filing of Notice of Removal to the Illinois Supreme Court |