# EXHIBIT B

# Exhibit B to Notice of Removal

Listing of Plaintiffs Comprising Plaintiffs' Proposed Mass Action

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| | *Woolfolk et al. v. Abbott Laboratories, Inc.*, Circuit Court of St. Clair County No. 2010-L-422 | | | |
| 1 | A.M.W., a minor | *Woolfolk, et al.* | St. Clair County | Illinois |
| 2 | Janet Woolfolk, individually, and as parent and next friend of A.M.W. | *Woolfolk, et al.* | St. Clair County | Illinois |
| 3 | Christopher Ryan Leach, a mentally incapacitated adult | *Woolfolk, et al.* | St. Clair County | Virginia |
| 4 | Joseph A. Leach, individually, and as parent and next friend of Christopher Ryan Leach | *Woolfolk, et al.* | St. Clair County | Virginia |
| 5 | Jill E. Leach, individually, and as parent and next friend of Christopher Ryan Leach | *Woolfolk, et al.* | St. Clair County | Virginia |
| 6 | DJB, a minor | *Woolfolk, et al.* | St. Clair County | New York |
| 7 | Stefanie L. Baldassare, individually, and as parent and next friend of DJB | *Woolfolk, et al.* | St. Clair County | New York |
| 8 | AC, a minor | *Woolfolk, et al.* | St. Clair County | Kentucky |
| 9 | Angela D. Barnett, individually, and as parent and next friend of AC | *Woolfolk, et al.* | St. Clair County | Kentucky |
| 10 | F.B., a minor | *Woolfolk, et al.* | St. Clair County | Indiana |
| 11 | Ginnifer E. Baugher, individually, and as parent and next friend of F.B. | *Woolfolk, et al.* | St. Clair County | Indiana |
| 12 | Philip Baugher, individually, and as parent and next friend of F.B. | *Woolfolk, et al.* | St. Clair County | Indiana |
| 13 | K.B.B. | *Woolfolk, et al.* | St. Clair County | Minnesota |

# Exhibit B to Notice of Removal

(cont'd)

|    | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|----|-----------|-----------|----------------------------|---------------------------------------|
| 14 | Linda Benjamin, individually, and as parent and next friend of K.B.B. | *Woolfolk, et al.* | St. Clair County | Minnesota |
| 15 | R.B., a minor | *Woolfolk, et al.* | St. Clair County | Illinois |
| 16 | Monique R. Benjamin, individually, and as parent and next friend of R.B. | *Woolfolk, et al.* | St. Clair County | Illinois |
| 17 | J.B., a minor | *Woolfolk, et al.* | St. Clair County | Louisiana |
| 18 | Linda LeJune, individually as legal custodian and next friend of J.B. | *Woolfolk, et al.* | St. Clair County | Louisiana |
| 19 | N.B., a minor | *Woolfolk, et al.* | St. Clair County | California |
| 20 | Sandra L. Book, individually, and as parent and next friend of N.B. | *Woolfolk, et al.* | St. Clair County | California |
| 21 | Gregory Book, individually, and as parent and next friend of N.B. | *Woolfolk, et al.* | St. Clair County | California |
| 22 | L.C., a minor | *Woolfolk, et al.* | St. Clair County | Indiana |
| 23 | Loida Colon, individually, and as parent and next friend of L.C. | *Woolfolk, et al.* | St. Clair County | Indiana |
| 24 | M.G., a minor | *Woolfolk, et al.* | St. Clair County | Texas |
| 25 | Gina Corral, individually, and as parent and next friend of M.G. | *Woolfolk, et al.* | St. Clair County | Texas |
| 26 | T.A., a minor | *Woolfolk, et al.* | St. Clair County | Vermont |
| 27 | Jennifer B. Covey, individually, and as parent and next friend of T.A. | *Woolfolk, et al.* | St. Clair County | Vermont |
| 28 | J.L.D., a minor | *Woolfolk, et al.* | St. Clair County | Illinois |
| 29 | Shannon L. Dolan, individually, and as parent and next friend of J.L.D. | *Woolfolk, et al.* | St. Clair County | Illinois |
| 30 | Shaun Dolan, individually, and as parent and next friend of J.L.D. | *Woolfolk, et al.* | St. Clair County | Illinois |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 31 | B.G., a minor | *Woolfolk, et al.* | St. Clair County | Georgia |
| 32 | Kelly Gunn, individually, and as parent and next friend of B.G. | *Woolfolk, et al.* | St. Clair County | Georgia |
| 33 | C.E. | *Woolfolk, et al.* | St. Clair County | Michigan |
| 34 | Juli A. Hadley, individually, and as parent and next friend of C.E. | *Woolfolk, et al.* | St. Clair County | Michigan |
| 35 | A.H., a minor | *Woolfolk, et al.* | St. Clair County | Colorado |
| 36 | Donnica Hancock, individually, and as parent and next friend of A.H. | *Woolfolk, et al.* | St. Clair County | Colorado |
| 37 | David Hancock, individually, and as parent and next friend of A.H. | *Woolfolk, et al.* | St. Clair County | Colorado |
| 38 | E.H., a minor | *Woolfolk, et al.* | St. Clair County | North Carolina |
| 39 | Eddia Harrison, individually, and as parent and next friend of E.H. | *Woolfolk, et al.* | St. Clair County | North Carolina |
| 40 | JD.H., a minor | *Woolfolk, et al.* | St. Clair County | California |
| 41 | Melissa J. Hoefs, individually, and as parent and next friend of J.D.H | *Woolfolk, et al.* | St. Clair County | California |
| 42 | Ronald Hoefs, individually, and as parent and next friend of J.D.H. | *Woolfolk, et al.* | St. Clair County | California |
| 43 | K.R., a minor | *Woolfolk, et al.* | St. Clair County | Michigan |
| 44 | Ana J. Jimenez, individually, and as parent and next friend of K.R. | *Woolfolk, et al.* | St. Clair County | Michigan |
| 45 | D.W.K., a minor | *Woolfolk, et al.* | St. Clair County | Illinois |
| 46 | Mary Kalenta, individually, and as parent and next friend of D.W.K. | *Woolfolk, et al.* | St. Clair County | Illinois |
| 47 | Daniel Kalenta, individually, and as parent and next friend of D.W.K. | *Woolfolk, et al.* | St. Clair County | Illinois |

## Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 48 | J.L.M., a minor | *Woolfolk, et al.* | St. Clair County | Colorado |
| 49 | Yvette Morehead, individually, and as parent and next friend of J.L.M. | *Woolfolk, et al.* | St. Clair County | Colorado |
| 50 | Randy Joe Morehead, individually, and as parent and next friend of J.L.M. | *Woolfolk, et al.* | St. Clair County | Colorado |
| 51 | J.W.A., a minor | *Woolfolk, et al.* | St. Clair County | Indiana |
| 52 | Nicky Name, individually, and as parent and next friend of J.W.A. | *Woolfolk, et al.* | St. Clair County | Indiana |
| 53 | K.M.P., a minor | *Woolfolk, et al.* | St. Clair County | Minnesota |
| 54 | Toni Pollard, individually, and as parent and next friend of K.M.P. | *Woolfolk, et al.* | St. Clair County | Minnesota |
| 55 | H.L.G., a minor | *Woolfolk, et al.* | St. Clair County | Indiana |
| 56 | Thompsalina A. Reed, individually, and as parent and next friend of H.L.G. | *Woolfolk, et al.* | St. Clair County | Indiana |
| 57 | R.D., a minor | *Woolfolk, et al.* | St. Clair County | Oregon |
| 58 | Cynthia Reynolds, individually, and as parent and next friend of R.D. | *Woolfolk, et al.* | St. Clair County | Oregon |
| 59 | E.M.M., a minor | *Woolfolk, et al.* | St. Clair County | Nevada |
| 60 | Julie Reynolds, individually, and as parent and next friend of E.M.M. | *Woolfolk, et al.* | St. Clair County | Nevada |
| 61 | A.A., a minor | *Woolfolk, et al.* | St. Clair County | Wisconsin |
| 62 | Brenda Rodriguez, individually, and as parent and next friend of A.A. | *Woolfolk, et al.* | St. Clair County | Wisconsin |
| 63 | A.M.S., a minor | *Woolfolk, et al.* | St. Clair County | Minnesota |
| 64 | Denise R. Songstad, individually, and as parent and next friend of A.M.S. | *Woolfolk, et al.* | St. Clair County | Minnesota |

## Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 65 | Robert Songstad, individually, and as parent and next friend of A.M.S. | *Woolfolk, et al.* | St. Clair County | Minnesota |
| 66 | J.S., a minor | *Woolfolk, et al.* | St. Clair County | Tennessee |
| 67 | Carrie Taylor, individually, and as parent and next friend of J.S. | *Woolfolk, et al.* | St. Clair County | Tennessee |
| 68 | D.R.W., a minor | *Woolfolk, et al.* | St. Clair County | Mississippi |
| 69 | James R. White, individually, and as parent and next friend of D.R.W. | *Woolfolk, et al.* | St. Clair County | Mississippi |
| 70 | J.N.B., a minor | *Woolfolk, et al.* | St. Clair County | Louisiana |
| 71 | Ginger Bailey, individually, and as parent and next friend of J.N.B. | *Woolfolk, et al.* | St. Clair County | Louisiana |
| 72 | N.C., a minor | *Woolfolk, et al.* | St. Clair County | Illinois |
| 73 | Liza Carnagio, individually, and as parent and next friend of N.C. | *Woolfolk, et al.* | St. Clair County | Illinois |
| 74 | T.Q., a minor | *Woolfolk, et al.* | St. Clair County | Arizona |
| 75 | Rebecca Chapman, individually, and as parent and next friend of T.G. | *Woolfolk, et al.* | St. Clair County | Arizona |
| 76 | A.S,. a minor | *Woolfolk, et al.* | St. Clair County | Tennessee |
| 77 | Cherish Dickey, individually, and as parent and next friend of A.S. | *Woolfolk, et al.* | St. Clair County | Tennessee |
| 78 | E.G., a minor | *Woolfolk, et al.* | St. Clair County | Missouri |
| 79 | Heather Harvey, individually, and as parent and next friend of E.G. | *Woolfolk, et al.* | St. Clair County | Missouri |
| 80 | D.L., a minor | *Woolfolk, et al.* | St. Clair County | Missouri |
| 81 | Dana Moore, individually, and as parent and next friend of D.L. | *Woolfolk, et al.* | St. Clair County | Missouri |
| 82 | E.N., a minor | *Woolfolk, et al.* | St. Clair County | Michigan |

B5

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 83 | Dawn Nowak, individually as parent and friend of E.N. | *Woolfolk, et al.* | St. Clair County | Michigan |
| 84 | Steve Nowak, individually as parent and friend of E.N. | *Woolfolk, et al.* | St. Clair County | Michigan |
| 85 | S.R., a minor | *Woolfolk, et al.* | St. Clair County | Illinois |
| 86 | Monica Raynes, individually, and as parent and next friend of S.R. | *Woolfolk, et al.* | St. Clair County | Illinois |
| 87 | Nathaniel Raynes, individually, and as parent and next friend of S.R. | *Woolfolk, et al.* | St. Clair County | Illinois |
| 88 | K.R., a minor | *Woolfolk, et al.* | St. Clair County | Montana |
| 89 | Nancy Royan, individually, and as parent and next friend of K.R. | *Woolfolk, et al.* | St. Clair County | Montana |
| 90 | O.F., a minor | *Woolfolk, et al.* | St. Clair County | Florida |
| 91 | Kathleen Wheeler, individually, and as parent and next friend of O.F. | *Woolfolk, et al.* | St. Clair County | Florida |
| 92 | F.V., a minor | *Woolfolk, et al.* | St. Clair County | Pennsylvania |
| 93 | Krista Wirick, individually, and as parent and next friend of F.V. | *Woolfolk, et al.* | St. Clair County | Pennsylvania |
| | ***Bartolini, et al. v. Abbott Laboratories, Inc.*, Circuit Court of St. Clair County No. 2010-L-651** | | | |
| 94 | H.B., a minor | *Bartolini, et al.* | St. Clair County | Maryland |
| 95 | Stacy Bartolini, individually, and as parent and next friend of H.B. | *Bartolini, et al.* | St. Clair County | Maryland |
| 96 | Amberley Barnes, a mentally incapacitated adult | *Bartolini, et al.* | St. Clair County | Kentucky |
| 97 | Laura Diane Barnes, individually, and as parent and next friend of Amberley Barnes | *Bartolini, et al.* | St. Clair County | Kentucky |
| 98 | P.B., a minor | *Bartolini, et al.* | St. Clair County | Louisiana |
| 99 | Samantha Bryant, individually, and as parent and next friend of P.B. | *Bartolini, et al.* | St. Clair County | Louisiana |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 100 | S.C., a minor | *Bartolini, et al.* | St. Clair County | Missouri |
| 101 | Jennifer Janecek, individually, and as parent and next friend of S.C. | *Bartolini, et al.* | St. Clair County | Missouri |
| 102 | T.G., a minor | *Bartolini, et al.* | St. Clair County | Illinois |
| 103 | Michael Gates, individually, and as parent and next friend of T.G. | *Bartolini, et al.* | St. Clair County | Illinois |
| 104 | B.H., a minor | *Bartolini, et al.* | St. Clair County | California |
| 105 | Krista Kaye Howard, individually, and as parent and next friend of B.H. | *Bartolini, et al.* | St. Clair County | California |
| 106 | G.J., a minor | *Bartolini, et al.* | St. Clair County | Maine |
| 107 | Charles H. Jackson, II, individually, and as guardian and next friend of | *Bartolini, et al.* | St. Clair County | Maine |
| 108 | S.K., a minor | *Bartolini, et al.* | St. Clair County | Texas |
| 109 | Karen Kelly, individually, and as parent and next friend of S.K. | *Bartolini, et al.* | St. Clair County | Texas |
| 110 | J.L., a minor | *Bartolini, et al.* | St. Clair County | South Dakota |
| 111 | Jarri Leighton, individually, and as parent and next friend of J.L. | *Bartolini, et al.* | St. Clair County | South Dakota |
| 112 | Clay Leighton, individually, and as parent and next friend of J.L. | *Bartolini, et al.* | St. Clair County | South Dakota |
| 113 | Kimberly Mandery, a mentally incapacitated adult | *Bartolini, et al.* | St. Clair County | Arizona |
| 114 | Renae Dell Mandery, individually, and as parent and next friend of Kimberly Mandery | *Bartolini, et al.* | St. Clair County | Arizona |
| 115 | C.M., a minor | *Bartolini, et al.* | St. Clair County | Tennessee |
| 116 | Whitney L. Middlebrook, individually, and as parent and next friend of C.M. | *Bartolini, et al.* | St. Clair County | Tennessee |
| 117 | D.M., a mentally incapacitated adult | *Bartolini, et al.* | St. Clair County | Illinois |

## Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 118 | Holly Lynn Russell, individually, and as parent and next friend of D.M. | *Bartolini, et al.* | St. Clair County | Illinois |
| 119 | C.O., a minor | *Bartolini, et al.* | St. Clair County | Texas |
| 120 | Patricia Rodriguez, individually, and as parent and next friend of C.O. | *Bartolini, et al.* | St. Clair County | Texas |
| 121 | D.P., a minor | *Bartolini, et al.* | St. Clair County | Maryland |
| 122 | Laura Parr, individually, and as parent and next friend of D.P. | *Bartolini, et al.* | St. Clair County | Maryland |
| 123 | Charles Peeples, a mentally incapacitated adult | *Bartolini, et al.* | St. Clair County | South Carolina |
| 124 | Rhonda Peeples, individually, and as parent and next friend of Charles Peeples | *Bartolini, et al.* | St. Clair County | South Carolina |
| 125 | L.P., a minor | *Bartolini, et al.* | St. Clair County | Utah |
| 126 | Nancy Prosence, individually, and as adoptive parent and next friend of L.P. | *Bartolini, et al.* | St. Clair County | Utah |
| 127 | Paul Prosence, individually, and as adoptive parent and next friend of L.P. | *Bartolini, et al.* | St. Clair County | Utah |
| 128 | E.S., a minor | *Bartolini, et al.* | St. Clair County | Missouri |
| 129 | Lisa Kay Schnarr, individually, and as parent and next friend of E.S. | *Bartolini, et al.* | St. Clair County | Missouri |
| 130 | A.D.S., a minor | *Bartolini, et al.* | St. Clair County | North Carolina |
| 131 | Rachel Springsteen, individually, and as parent and next friend of A.D.S. | *Bartolini, et al.* | St. Clair County | North Carolina |
| 132 | L.W-M, a minor | *Bartolini, et al.* | St. Clair County | Virginia |
| 133 | Tomiko Moore, individually, and as parent and next friend of L.W-M. | *Bartolini, et al.* | St. Clair County | Virginia |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 134 | J.W., a minor | *Bartolini, et al.* | St. Clair County | New York |
| 135 | Melissa A. Wilkinson, individually, and as parent and next friend of J.W. | *Bartolini, et al.* | St. Clair County | New York |
| 136 | R.K.W., a minor | *Bartolini, et al.* | St. Clair County | Illinois |
| 137 | Gloria Stampley, individually, and as guardian and next friend of R.K.W. | *Bartolini, et al.* | St. Clair County | Illinois |
| 138 | G.V., a minor | *Bartolini, et al.* | St. Clair County | Oklahoma |
| 139 | Angela Vaughn, individually, and as parent and next friend of G.V. | *Bartolini, et al.* | St. Clair County | Oklahoma |
| 140 | Scott Vaughn, individually, and as parent and next friend of G.V. | *Bartolini, et al.* | St. Clair County | Oklahoma |
| 141 | E.A., a minor | *Bartolini, et al.* | St. Clair County | Florida |
| 142 | Kelly Allen, individually, and as parent and next friend of E.A. | *Bartolini, et al.* | St. Clair County | Florida |
| 143 | A.A., a minor | *Bartolini, et al.* | St. Clair County | Pennsylvania |
| 144 | Senquetta Ancrum, individually, and as parent and next friend of A.A. | *Bartolini, et al.* | St. Clair County | Pennsylvania |
| 145 | A.B., a minor | *Bartolini, et al.* | St. Clair County | California |
| 146 | Hector Baeza, individually, and as legal guardian and next friend of A.B. | *Bartolini, et al.* | St. Clair County | California |
| 147 | Guadalupe Baeza, individually, and as legal guardian and next friend of A.B. | *Bartolini, et al.* | St. Clair County | California |
| 148 | B.B., a minor | *Bartolini, et al.* | St. Clair County | Pennsylvania |
| 149 | Gary R. Barickman, individually, and as parent and next friend of B.B. | *Bartolini, et al.* | St. Clair County | Pennsylvania |
| 150 | Mary E. Barickman, individually, and as parent and next friend of B.B. | *Bartolini, et al.* | St. Clair County | Pennsylvania |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 151 | A.B., a minor | *Bartolini, et al.* | St. Clair County | New York |
| 152 | Bethany Buck, individually, and as parent and next friend of A.B. | *Bartolini, et al.* | St. Clair County | New York |
| 153 | D.B., a minor | *Bartolini, et al.* | St. Clair County | South Carolina |
| 154 | Irina Burnett, individually, and as parent and next friend of D.B. | *Bartolini, et al.* | St. Clair County | South Carolina |
| 155 | H.C., a minor | *Bartolini, et al.* | St. Clair County | Texas |
| 156 | Michelle Cassidy, individually, and as parent and next friend of H.C. | *Bartolini, et al.* | St. Clair County | Texas |
| 157 | J.D., a minor | *Bartolini, et al.* | St. Clair County | Illinois |
| 158 | Carolyn Pearson, individually, and as legal guardian and next friend of J.D. | *Bartolini, et al.* | St. Clair County | Illinois |
| 159 | B.F., a minor | *Bartolini, et al.* | St. Clair County | South Carolina |
| 160 | Toni Ford, individually, and as parent and next friend of B.F. | *Bartolini, et al.* | St. Clair County | South Carolina |
| 161 | Randy Ford, individually, and as parent and next friend of B.F. | *Bartolini, et al.* | St. Clair County | South Carolina |
| 162 | A.K., a minor | *Bartolini, et al.* | St. Clair County | West Virginia |
| 163 | Crystal Kidd, individually, and as parent and next friend of A.K. | *Bartolini, et al.* | St. Clair County | West Virginia |
| 164 | B.K., a minor | *Bartolini, et al.* | St. Clair County | West Virginia |
| 165 | Crystal Kidd, individually, and as parent and next friend of B.K. | *Bartolini, et al.* | St. Clair County | West Virginia |
| 166 | A.K., a minor | *Bartolini, et al.* | St. Clair County | Pennsylvania |
| 167 | April Harrigan, individually, and as parent and next friend of A.K. | *Bartolini, et al.* | St. Clair County | Pennsylvania |
| 168 | O.R., a minor | *Bartolini, et al.* | St. Clair County | Texas |
| 169 | Sindy Salgado, individually, and as parent and next friend of O.R. | *Bartolini, et al.* | St. Clair County | Texas |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 170 | A.S., a minor | *Bartolini, et al.* | St. Clair County | Illinois |
| 171 | Marthee Sansone, individually, and as parent and next friend of A.S. | *Bartolini, et al.* | St. Clair County | Illinois |
| 172 | D.S., a minor | *Bartolini, et al.* | St. Clair County | Indiana |
| 173 | Angie Stevenson, individually, and as parent and next friend of D.S. | *Bartolini, et al.* | St. Clair County | Indiana |
| 174 | J.S., a minor | *Bartolini, et al.* | St. Clair County | Kansas |
| 175 | Rosemary R. Stoermann, individually, and as parent and next friend of J.S. | *Bartolini, et al.* | St. Clair County | Kansas |
| 176 | Robert Stoermann, individually, and as parent and next friend of J.S. | *Bartolini, et al.* | St. Clair County | Kansas |
| 177 | Ryan Wakefield | *Bartolini, et al.* | St. Clair County | Arizona |
| 178 | C.Z., a minor | *Bartolini, et al.* | St. Clair County | Ohio |
| 179 | Christina Zuniga, individually, and as parent and next friend of C.Z. | *Bartolini, et al.* | St. Clair County | Ohio |
| | *Book, et al. v. Abbott Laboratories, Inc.*, Circuit Court of St. Clair County No. 2011-L-27 | | | |
| 180 | N.B., a minor | *Book, et al.* | St. Clair County | California |
| 181 | Sandra L. Book, individually, and as adoptive parent and next friend of N.B. | *Book, et al.* | St. Clair County | California |
| 182 | D.B., a minor | *Book, et al.* | St. Clair County | Texas |
| 183 | Shannah Busby, individually, and as parent and next friend of D.B. | *Book, et al.* | St. Clair County | Texas |
| 184 | J.S.C., a minor | *Book, et al.* | St. Clair County | Illinois |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 185 | Amanda Cates, individually, and as parent and next friend of J.S.C. | *Book, et al.* | St. Clair County | Illinois |
| 186 | T.C., a minor | *Book, et al.* | St. Clair County | Kansas |
| 187 | Teresa H. Coronado, individually, and as parent and next friend of T.C. | *Book, et al.* | St. Clair County | Kansas |
| 188 | J.D., a minor | *Book, et al.* | St. Clair County | Oregon |
| 189 | Tiffany Dunn, individually, and as parent and next friend of J.D. | *Book, et al.* | St. Clair County | Oregon |
| 190 | L.A.E., a minor | *Book, et al.* | St. Clair County | Illinois |
| 191 | Denise Estes, individually, and as parent and next friend of L.A.E. | *Book, et al.* | St. Clair County | Illinois |
| 192 | S.F., a minor | *Book, et al.* | St. Clair County | Texas |
| 193 | Brandy Fisher, individually, and as parent and next friend of S.F. | *Book, et al.* | St. Clair County | Texas |
| 194 | P.J.F., a minor | *Book, et al.* | St. Clair County | New York |
| 195 | Jean Fisher, individually, and as parent and next friend of P.J.F. | *Book, et al.* | St. Clair County | New York |
| 196 | B.I.H., a minor | *Book, et al.* | St. Clair County | Louisiana |
| 197 | Leana Hebert, individually, and as parent and next friend of B.I.H. | *Book, et al.* | St. Clair County | Louisiana |
| 198 | C.E.D., a minor | *Book, et al.* | St. Clair County | Alabama |
| 199 | Tangila R. Joseph, individually, and as parent and next friend of C.E.D. | *Book, et al.* | St. Clair County | Alabama |
| 200 | C.L., a minor | *Book, et al.* | St. Clair County | Texas |
| 201 | Elizabeth Loe, individually, and as parent and next friend of C.L. | *Book, et al.* | St. Clair County | Texas |
| 202 | R.A.L., a minor | *Book, et al.* | St. Clair County | New Jersey |

Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 203 | Gina Marie Loglisci, individually, and as parent and next friend of R.A.L. | *Book, et al.* | St. Clair County | New Jersey |
| 204 | J.M., a minor | *Book, et al.* | St. Clair County | Utah |
| 205 | Jenny Martin, individually, and as parent and next friend of J.M. | *Book, et al.* | St. Clair County | Utah |
| 206 | Jeffery Roumillat | *Book, et al.* | St. Clair County | Georgia |
| 207 | I.M., a minor | *Book, et al.* | St. Clair County | Texas |
| 208 | J.M., a minor | *Book, et al.* | St. Clair County | Texas |
| 209 | Maria Moreno, individually, and as parent and next friend of I.M. and J.M. | *Book, et al.* | St. Clair County | Texas |
| 210 | Roland Moreno, individually, and as parent and next friend of I.M. and J.M. | *Book, et al.* | St. Clair County | Texas |
| 211 | Mariah Oliver | *Book, et al.* | St. Clair County | New Jersey |
| 212 | M.P., a minor | *Book, et al.* | St. Clair County | Mississippi |
| 213 | Sherry Rockwell, individually, and as legal guardian and next friend of M.P. | *Book, et al.* | St. Clair County | Mississippi |
| 214 | Garrett Smith | *Book, et al.* | St. Clair County | California |
| 215 | Tammy Smith | *Book, et al.* | St. Clair County | Illinois |
| 216 | L.S., a minor | *Book, et al.* | St. Clair County | Rhode Island |
| 217 | Timothy Stenovich, individually, and as parent and next friend of L.S. | *Book, et al.* | St. Clair County | Rhode Island |
| 218 | Z.S., a minor | *Book, et al.* | St. Clair County | Wisconsin |
| 219 | Jessica M. Straskowski, individually, and as parent and next friend of Z.S. | *Book, et al.* | St. Clair County | Wisconsin |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 220 | J.T.T., a minor | *Book, et al.* | St. Clair County | Kentucky |
| 221 | Johnnie Taylor, individually, and as parent and next friend of J.T.T. | *Book, et al.* | St. Clair County | Kentucky |
| 222 | T.M.O., a minor | *Book, et al.* | St. Clair County | South Dakota |
| 223 | Karin Townsend, individually, and as parent and next friend of T.M.O. | *Book, et al.* | St. Clair County | South Dakota |
| 224 | A.J.T., a minor | *Book, et al.* | St. Clair County | Colorado |
| 225 | H.T., a minor | *Book, et al.* | St. Clair County | Colorado |
| 226 | Pamela L. Tubbs, individually, and as parent and next friend of A.J.T. and H.T. | *Book, et al.* | St. Clair County | Colorado |
| 227 | S.L., a minor | *Book, et al.* | St. Clair County | Illinois |
| 228 | Saniquaw Warren, individually, and as parent and next friend of S.L. | *Book, et al.* | St. Clair County | Illinois |
| 229 | D.A.W., a minor | *Book, et al.* | St. Clair County | South Carolina |
| 230 | Heidi Wood, individually, and as parent and next friend of D.A.W. | *Book, et al.* | St. Clair County | South Carolina |
| 231 | E.P., a deceased minor | *Book, et al.* | St. Clair County | Vermont |
| 232 | Denise Page, individually, and as parent and next friend of E.P. | *Book, et al.* | St. Clair County | Vermont |
| | ***Brumfield, et al. v. Abbott Laboratories, Inc.*, Circuit Court of St. Clair County No. 2011-L-143** | | | |
| 233 | Myles Brumfield | *Brumfield, et al.* | St. Clair County | Illinois |
| 234 | S.F., a minor | *Brumfield, et al.* | St. Clair County | Virginia |
| 235 | Mary Hartman, individually, and as parent and next friend of S.F. | *Brumfield, et al.* | St. Clair County | Virginia |
| 236 | B.C., a minor | *Brumfield, et al.* | St. Clair County | Ohio |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 237 | Lisa Caetta, individually, and as parent and next friend of B.C. | *Brumfield, et al.* | St. Clair County | Ohio |
| 238 | J.P., a minor | *Brumfield, et al.* | St. Clair County | Michigan |
| 239 | Mary Pataky, individually, and as parent and next friend of J.P. | *Brumfield, et al.* | St. Clair County | Michigan |
| 240 | M.C.P., a minor | *Brumfield, et al.* | St. Clair County | Tennessee |
| 241 | Angela Pratt, individually, and as parent and next friend of M.C.P. | *Brumfield, et al.* | St. Clair County | Tennessee |
| 242 | W.T., a minor | *Brumfield, et al.* | St. Clair County | Louisiana |
| 243 | Susan Taylor, individually, and as parent and next friend of W.T. | *Brumfield, et al.* | St. Clair County | Louisiana |
| 244 | E.M., a minor | *Brumfield, et al.* | St. Clair County | Pennsylvania |
| 245 | Cindi Bufalino, individually, and as parent and next friend of E.M. | *Brumfield, et al.* | St. Clair County | Pennsylvania |
| 246 | J.D.M., a deceased minor | *Brumfield, et al.* | St. Clair County | Arizona |
| 247 | Danielle Womack Coomer, individually and as parent and next friend of deceased minor J.D.M. | *Brumfield, et al.* | St. Clair County | Arizona |
| 248 | G.R., a minor | *Brumfield, et al.* | St. Clair County | Missouri |
| 249 | Bob Roberts, individually, and as parent and next friend of G.R. | *Brumfield, et al.* | St. Clair County | Missouri |
| 250 | E.R.G., a minor | *Brumfield, et al.* | St. Clair County | California |
| 251 | Christina Rquel, individually, and as parent and next friend of E.R.G. | *Brumfield, et al.* | St. Clair County | California |
| 252 | R.T.S., a minor | *Brumfield, et al.* | St. Clair County | Montana |
| 253 | Kristi M. Rowell, individually, and as parent and next friend of R.T.S. | *Brumfield, et al.* | St. Clair County | Montana |
| 254 | K.N., a minor | *Brumfield, et al.* | St. Clair County | Utah |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 255 | Cindy Nye, individually as parent as next friend of K.N. | *Brumfield, et al.* | St. Clair County | Utah |
| 256 | S.B., a minor | *Brumfield, et al.* | St. Clair County | South Carolina |
| 257 | Rachel Sims, individually, and as parent and next friend of S.B. | *Brumfield, et al.* | St. Clair County | South Carolina |
| 258 | R.H.G., a minor | *Brumfield, et al.* | St. Clair County | Utah |
| 259 | N.S.G., a minor | *Brumfield, et al.* | St. Clair County | Utah |
| 260 | Roweena Elizabeth Galvin, individually, and as parent and next friend of R.H.G. and N.S.G. | *Brumfield, et al.* | St. Clair County | Utah |
| 261 | A.T., a minor | *Brumfield, et al.* | St. Clair County | Iowa |
| 262 | Tammy Trott, individually, and as parent and next friend of A.T. | *Brumfield, et al.* | St. Clair County | Iowa |
| 263 | M.M., a minor | *Brumfield, et al.* | St. Clair County | Mississippi |
| 264 | Demetrail Lowe Mitchell, individually, and as parent and next friend of M.M. | *Brumfield, et al.* | St. Clair County | Mississippi |
| 265 | J.E.H., a minor | *Brumfield, et al.* | St. Clair County | Michigan |
| 266 | Valerie Hagan, individually, and as parent and next friend of J.E.H. | *Brumfield, et al.* | St. Clair County | Michigan |
| 267 | C.C.R.M., a minor | *Brumfield, et al.* | St. Clair County | Minnesota |
| 268 | Nikita Patton, individually, and as parent and next friend of C.C.R.M. | *Brumfield, et al.* | St. Clair County | Minnesota |
| 269 | A.S.K., a minor | *Brumfield, et al.* | St. Clair County | Illinois |
| 270 | A.J.K., a minor | *Brumfield, et al.* | St. Clair County | Illinois |
| 271 | Bermesha A. Huston, individually, and as parent and next friend of A.S.K. and A.J.K. | *Brumfield, et al.* | St. Clair County | Illinois |
| 272 | A.M., a minor | *Brumfield, et al.* | St. Clair County | California |

Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 273 | Alison Macdonald, individually, and as parent and next friend of A.M. | *Brumfield, et al.* | St. Clair County | California |
| 274 | J.B., a minor | *Brumfield, et al.* | St. Clair County | California |
| 275 | Laura Bailey, individually, and as parent and next friend of J.B. | *Brumfield, et al.* | St. Clair County | California |
| 276 | L.W., a minor | *Brumfield, et al.* | St. Clair County | Florida |
| 277 | Cleopatra Powell, individually, and as parent and next friend of L.W. | *Brumfield, et al.* | St. Clair County | Florida |
| | ***Ivy, et al. v. Abbott Laboratories, Inc.*, Circuit Court of St. Clair County No. 2011-L-583** | | | |
| 278 | E.I., a minor | *Alexander, et al.* | St. Clair County | Illinois |
| 279 | Rhealyn Alexander, individually, and as parent and next friend of E.I. | *Alexander, et al.* | St. Clair County | Illinois |
| | ***Burks, et al. v. Abbott Laboratories, Inc.*, Circuit Court of Cook County No. 2011-L-4045** | | | |
| 280 | T.B., a minor | *Burks, et al.* | Cook County | Illinois |
| 281 | Corkey P. Burks, individually, and as parent and next friend of T.B. | *Burks, et al.* | Cook County | Illinois |
| | ***Benjamin, et al. v. Abbott Laboratories, Inc.*, Circuit Court of Cook County No. 2011-L-8510** | | | |
| 282 | J.B., a minor | *Benjamin, et al.* | Cook County | Illinois |
| 283 | Monique Benjamin, individually, and as parent and next friend of J.B. | *Benjamin, et al.* | Cook County | Illinois |
| 284 | E.A., a minor | *Benjamin, et al.* | Cook County | Texas |
| 285 | Irene Aguilar, individually, and as parent and next friend of E.A. | *Benjamin, et al.* | Cook County | Texas |
| 286 | C.A., a minor | *Benjamin, et al.* | Cook County | North Carolina |

B17

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 287 | Christy Perry, individually, and as parent and next friend of C.A. | *Benjamin, et al.* | Cook County | North Carolina |
| 288 | L.B., a minor | *Benjamin, et al.* | Cook County | Rhode Island |
| 289 | Ivy Babbit, individually, and as parent and next friend of L.B. | *Benjamin, et al.* | Cook County | Rhode Island |
| 290 | K.B., a minor | *Benjamin, et al.* | Cook County | Utah |
| 291 | Sheri Beauchaine, individually, and as parent and next friend of K.B. | *Benjamin, et al.* | Cook County | Utah |
| 292 | Z.B., a minor | *Benjamin, et al.* | Cook County | California |
| 293 | Lisa Bennett, individually, and as parent and next friend of Z.B. | *Benjamin, et al.* | Cook County | California |
| 294 | B.B., a minor | *Benjamin, et al.* | Cook County | Michigan |
| 295 | Amy Harris, individually, and as parent and next friend of B.B. | *Benjamin, et al.* | Cook County | Michigan |
| 296 | Derek Bruce | *Benjamin, et al.* | Cook County | West Virginia |
| 297 | D.B., a minor | *Benjamin, et al.* | Cook County | Texas |
| 298 | Natalya Bunich, individually, and as parent and next friend of D.B. | *Benjamin, et al.* | Cook County | Texas |
| 299 | T.B-L, a minor | *Benjamin, et al.* | Cook County | Michigan |
| 300 | Tiffany Burroughs, individually, and as parent and next friend of T.B-L. | *Benjamin, et al.* | Cook County | Michigan |
| 301 | J.C., a minor | *Benjamin, et al.* | Cook County | Texas |
| 302 | Joseph Carpenter, individually, and as guardian and next friend of J.C. | *Benjamin, et al.* | Cook County | Texas |
| 303 | JoDee Carpenter, individually, and as guardian and next friend of J.C. | *Benjamin, et al.* | Cook County | Texas |
| 304 | L.D., a minor | *Benjamin, et al.* | Cook County | New York |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 305 | Lisa Gavazzi, individually, and as parent and next friend of L.D. | *Benjamin, et al.* | Cook County | New York |
| 306 | D.D., a minor | *Benjamin, et al.* | Cook County | Wisconsin |
| 307 | Lori Dziedzic, individually, and as parent and next friend of D.D. | *Benjamin, et al.* | Cook County | Wisconsin |
| 308 | C.E., a minor | *Benjamin, et al.* | Cook County | Georgia |
| 309 | Buffie Ellis, individually, and as parent and next friend of C.E. | *Benjamin, et al.* | Cook County | Georgia |
| 310 | L.G., a minor | *Benjamin, et al.* | Cook County | Florida |
| 311 | Rachel Gerstner, individually, and as parent and next friend of L.G. | *Benjamin, et al.* | Cook County | Florida |
| 312 | T.H., a minor | *Benjamin, et al.* | Cook County | North Carolina |
| 313 | Tahirah Bryant, individually, and as parent and next friend of T.H. | *Benjamin, et al.* | Cook County | North Carolina |
| 314 | Z.H., a minor | *Benjamin, et al.* | Cook County | South Carolina |
| 315 | Sonya Harris, individually, and as parent and next friend of Z.H. | *Benjamin, et al.* | Cook County | South Carolina |
| 316 | A.H., a minor | *Benjamin, et al.* | Cook County | Texas |
| 317 | Sandra Hernandez, individually, and as parent and next friend of A.H. | *Benjamin, et al.* | Cook County | Texas |
| 318 | Jessie Hobson | *Benjamin, et al.* | Cook County | Mississippi |
| 319 | B.H., a minor | *Benjamin, et al.* | Cook County | North Carolina |
| 320 | Lillie Hopkins, individually, and as parent and next friend of B.H. | *Benjamin, et al.* | Cook County | North Carolina |
| 321 | O.H., a minor | *Benjamin, et al.* | Cook County | Georgia |
| 322 | Tracey Hosea, individually, and as parent and next friend of O.H. | *Benjamin, et al.* | Cook County | Georgia |
| 323 | A.K., a minor | *Benjamin, et al.* | Cook County | Florida |

# Exhibit B to Notice of Removal
(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 324 | Dana Thompson, individually, and as parent and next friend of A.K. | *Benjamin, et al.* | Cook County | Florida |
| 325 | L.P., a minor | *Benjamin, et al.* | Cook County | Kentucky |
| 326 | Kimberly Coffey, individually, and as parent and next friend of L.P. | *Benjamin, et al.* | Cook County | Kentucky |
| 327 | N.R., a minor | *Benjamin, et al.* | Cook County | Texas |
| 328 | Janella Rogers, individually, and as parent and next friend of N.R. | *Benjamin, et al.* | Cook County | Texas |
| *Leal, et al. v. Abbott Laboratories, Inc.*, Circuit Court of Cook County No. 2011-L-8508 | | | | |
| 329 | J.F., a minor | *Leal, et al.* | Cook County | Illinois |
| 330 | Michelle Leal, individually, and as parent and next friend of J.F. | *Leal, et al.* | Cook County | Illinois |
| 331 | A.E., a minor | *Leal, et al.* | Cook County | Indiana |
| 332 | G.E., a minor | *Leal, et al.* | Cook County | Indiana |
| 333 | C.E., a minor | *Leal, et al.* | Cook County | Indiana |
| 334 | Amanda Erpelding, individually, and as parent and next friend of A.E., G.E., and C.E. | *Leal, et al.* | Cook County | Indiana |
| 335 | N.G., a minor | *Leal, et al.* | Cook County | Texas |
| 336 | Amy Griffin, individually, and as parent and next friend of N.G. | *Leal, et al.* | Cook County | Texas |
| 337 | Lindsey James | *Leal, et al.* | Cook County | Mississippi |
| 338 | L.L., a minor | *Leal, et al.* | Cook County | Minnesota |
| 339 | Jaclyn Langer, individually, and as parent and next friend of L.L. | *Leal, et al.* | Cook County | Minnesota |
| 340 | B.L., a minor | *Leal, et al.* | Cook County | Illinois |
| 341 | C.L., a minor | *Leal, et al.* | Cook County | Illinois |
| 342 | Julie Lemmond, individually, and as guardian and next friend of B.L. and C.L. | *Leal, et al.* | Cook County | Illinois |
| 343 | G.L., a minor | *Leal, et al.* | Cook County | Michigan |
| 344 | Jaime Bailey, individually, and as parent and next friend of G.L. | *Leal, et al.* | Cook County | Michigan |
| 345 | A.M.M., a minor | *Leal, et al.* | Cook County | Pennsylvania |

## Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 346 | Rene Lee, individually, and as parent and next friend of A.M.M. | *Leal, et al.* | Cook County | Pennsylvania |
| 347 | K.M., a minor | *Leal, et al.* | Cook County | California |
| 348 | Claudia Melnick, individually, and as parent and next friend of K.M. | *Leal, et al.* | Cook County | California |
| 349 | P.M., a minor | *Leal, et al.* | Cook County | Georgia |
| 350 | Lisa Modling, individually, and as parent and next friend of P.M. | *Leal, et al.* | Cook County | Georgia |
| 351 | D.N., a minor | *Leal, et al.* | Cook County | Arizona |
| 352 | Heidi Denney, individually, and as parent and next friend of D.N. | *Leal, et al.* | Cook County | Arizona |
| 353 | Danny Oakley, deceased | *Leal, et al.* | Cook County | Missouri |
| 354 | Amy Obermann, individually, and as personal representative of D.O. | *Leal, et al.* | Cook County | Missouri |
| 355 | C.P., a minor | *Leal, et al.* | Cook County | Mississippi |
| 356 | Angela Pettway, individually, and as parent and next friend of C.P. | *Leal, et al.* | Cook County | Mississippi |
| 357 | N.P.R., a minor | *Leal, et al.* | Cook County | Pennsylvania |
| 358 | Velmarie Rodriguez Acevedo, individually, and as parent and next friend of N.P.R. | *Leal, et al.* | Cook County | Pennsylvania |
| 359 | J.R., a minor | *Leal, et al.* | Cook County | California |
| 360 | Dawn Flinders, individually, and as parent and next friend of J.R. | *Leal, et al.* | Cook County | California |
| 361 | Blaise Romeo | *Leal, et al.* | Cook County | New York |
| 362 | J.S., a minor | *Leal, et al.* | Cook County | Michigan |
| 363 | Teresa Tuttle, individually, and as parent and next friend of J.S. | *Leal, et al.* | Cook County | Michigan |
| 364 | Ashley Shamblin | *Leal, et al.* | Cook County | West Virginia |
| 365 | Tyler Smith | *Leal, et al.* | Cook County | Arkansas |
| 366 | S.S., a minor | *Leal, et al.* | Cook County | Iowa |
| 367 | Erika Snow, individually, and as parent and next friend of S.S. | *Leal, et al.* | Cook County | Iowa |
| 368 | S.S., a minor | *Leal, et al.* | Cook County | Texas |
| 369 | Alisha Steinmetz, individually, and as parent and next friend of S.S. | *Leal, et al.* | Cook County | Texas |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 370 | S.S., a minor | *Leal, et al.* | Cook County | Louisiana |
| 371 | Elizabeth Still, individually, and as parent and next friend of S.S. | *Leal, et al.* | Cook County | Louisiana |
| 372 | J.T., a minor | *Leal, et al.* | Cook County | Alabama |
| 373 | Janice Thomas, individually as parent and next friend of J.T. | *Leal, et al.* | Cook County | Alabama |
| 374 | J.T., a minor | *Leal, et al.* | Cook County | Illinois |
| 375 | Amy Lambert, individually, and as parent and next friend of J.T. | *Leal, et al.* | Cook County | Illinois |
| 376 | C.V., a minor | *Leal, et al.* | Cook County | Illinois |
| 377 | Mary McAllen Vu, individually, and as parent and next friend of C.V. | *Leal, et al.* | Cook County | Illinois |
| *Murray, et al. v. Abbott Laboratories, Inc.*, Circuit Court of Cook County No. 2011-L-12695 | | | | |
| 378 | C.B., a minor | *Murray, et al.* | Cook County | Illinois |
| 379 | Trudy Murray, individually, and as parent and next friend of C.B. | *Murray, et al.* | Cook County | Illinois |
| 380 | R.B., a minor | *Murray, et al.* | Cook County | Louisiana |
| 381 | Tyler Bridgewater-Robinson, individually, and as parent and next friend of R.B. | *Murray, et al.* | Cook County | Louisiana |
| 382 | D.B., a minor | *Murray, et al.* | Cook County | Missouri |
| 383 | Heidi Brown, individually, and as parent and next friend of D.B. | *Murray, et al.* | Cook County | Missouri |
| 384 | D.C., a minor | *Murray, et al.* | Cook County | Arizona |
| 385 | Angela Hardy, individually, and as parent and next friend of D.C. | *Murray, et al.* | Cook County | Arizona |
| 386 | Katelyn Courtney | *Murray, et al.* | Cook County | Mississippi |
| 387 | Jennifer Courtney, individually, and as personal representative of K.C. | *Murray, et al.* | Cook County | Mississippi |
| 388 | A.D., a minor | *Murray, et al.* | Cook County | Illinois |
| 389 | Kathy Ehorn, individually, and as parent and next friend of A.D. | *Murray, et al.* | Cook County | Illinois |
| 390 | R.D., a minor | *Murray, et al.* | Cook County | Kentucky |
| 391 | Cynthia Doty, individually, and as parent and next friend of R.D. | *Murray, et al.* | Cook County | Kentucky |
| 392 | R.F., a minor | *Murray, et al.* | Cook County | Florida |

# Exhibit B to Notice of Removal

(cont'd)

| | Plaintiff | Case Name | Illinois State Court Venue | Plaintiff's Alleged State Citizenship |
|---|---|---|---|---|
| 393 | Maureen O'Connor, individually, and as parent and next friend of R.F. | *Murray, et al.* | Cook County | Florida |
| 394 | M.F., minor | *Murray, et al.* | Cook County | Texas |
| 395 | Denise Francis, individually, and as parent and next friend of M.F. | *Murray, et al.* | Cook County | Texas |
| 396 | M.L., a minor | *Murray, et al.* | Cook County | Texas |
| 397 | Mechelle Hitt, individually, and as parent and next friend of M.L. | *Murray, et al.* | Cook County | Texas |
| 398 | D.P., a minor | *Murray, et al.* | Cook County | Illinois |
| 399 | Lisa Parr, individually, and as parent and next friend of D.P. | *Murray, et al.* | Cook County | Illinois |
| 400 | Z.S., a deceased minor | *Murray, et al.* | Cook County | Mississippi |
| 401 | LaQuonda Tooles, individually and as person representative of Z.S. | *Murray, et al.* | Cook County | Mississippi |
| 402 | E.S., a minor | *Murray, et al.* | Cook County | Florida |
| 403 | Katrina Standifer, individually, and as parent and next friend of E.S. | *Murray, et al.* | Cook County | Florida |
| 404 | Larry St. Jules III | *Murray, et al.* | Cook County | Texas |
| 405 | S.Y., a minor | *Murray, et al.* | Cook County | Kentucky |
| 406 | Susan Yarber, individually, and as parent and next friend of S.Y. | *Murray, et al.* | Cook County | Kentucky |
| | ***Pyszkowski, et al. v. Abbott Laboratories, Inc.*, Circuit Court of Madison County No. 2011-L-737** | | | |
| 407 | C.P., a minor | *Pyszkowski, et al.* | Madison County | Illinois |
| 408 | E.P., a minor | *Pyszkowski, et al.* | Madison County | Illinois |
| 409 | Roger Pyszkowski, individually, and as parent and next friend of C.P. and E.P. | *Pyszkowski, et al.* | Madison County | Illinois |
| 410 | Mindy Pyszkowski, individually, and as parent and next friend of C.P. and E.P. | *Pyszkowski, et al.* | Madison County | Illinois |