# EXHIBIT C

Case 3:12-cv-00052-GPM-SCW   Document 2-4   Filed 01/18/12   Page 1 of 2   Page ID #64

Exhibit C to Notice of Removal – Listing of Plaintiffs' Counsel in the Illinois Depakote Mass Action Cases

| Case \ Counsel | Lloyd M. Cueto, Law Office of Lloyd M. Cueto | Christopher Cueto, Law Office of Christopher Cueto, Ltd. | Robert L. Salim, Attorney at Law | Ralph D. McBride, Douglas A. Daniels, Bracewell & Giuliani, LLP | Kenneth T. Fibich, Fibich Hampton Leebron Briggs & Josephson, LLP | Jeffrey D. Meyer, The Meyer Law Firm, P.C. | William M. Audet, Audet & Partners | John T. Boundas, Williams Kherkher Hart Boundas, LLP | Allen N. Schwartz, Kravolec, Jambois, & Schwartz |
|---|---|---|---|---|---|---|---|---|---|
| *Southern Illinois Depakote Mass Action Cases* ||||||||||
| *Woolfolk* |  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |
| *Bartolini* |  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |
| *Book* | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |
| *Brumfield* | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |
| *Alexander\** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |
| *Pyszkowski* |  | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |
| *Northern Illinois Depakote Mass Action Cases* ||||||||||
| *Burks* |  |  |  |  |  |  |  |  | ✓ |
| *Benjamin* |  |  | ✓ |  |  |  |  | ✓ | ✓ |
| *Leal* |  |  | ✓ |  |  |  |  | ✓ | ✓ |
| *Murray* |  |  |  |  |  |  |  | ✓ | ✓ |

\* - Plaintiffs' proposed consolidation giving rise to the Illinois Depakote Mass Action was filed under the caption of the *Alexander* case (but under the minor's unredacted surname).