# EXHIBIT D

## APPENDIX OF ACTIONS

On Behalf of Plaintiffs,
████████, A MINOR, BY RHEALYN ALEXANDER,
INDIVIDUALLY AS PARENT AND NEXT FRIEND OF ████████

| Exhibit A | Case Caption | Circuit | Case No. |
|---|---|---|---|
| 1. | **Plaintiffs:**<br>████████, Stacy Bartolini / Amberley Barnes, Laura Diane Barnes / ████████, Samantha Bryant / ████████, Jennifer Janecek / ████████, Michael Gates / ████████, Krista Kaye Howard / ████████ Charles H. Jackson, II / ████████, Karen Kelly / ████████, Jarri Leighton and Clay Leighton / Kimberly Mandery, Renae Dell Mandery / ████████, Whitney L. Middlebrook / Diana Morrison, Holly Lynn Russell / ████████, Patricia Rodriguez / ████████, Laura Parr / ████████, Rhonda Peeples ████████ Nancy Prosence and Paul Prosence / ████████, Lisa Kay Schnarr / ████████ Rachel Springsteen and Paul Springsteen / ████████ Tomiko Moore / ████████, Melissas A. Wilkinson / ████████, Gloria Stampley / ████████, Angela Vaughn and Scott Vaughn / ████████, Kelly Allen / ████████, Senquetta Ancrum / ████████, Hector Baeza and Guadalupe Baeza / ████████, Gary R. Barickman and Mary E. Barickman / ████████, Bethany Buck / ████████, Irina Burnett / ████████, Michelle Cassidy ████████, Carolyn Pearson ████████ Toni Ford and Randy Ford / ████████, Crystal Kidd ████████, April Harrigan ████████, Sindy Salgado ████████, Marthee Sansone / ████████, Angie Stevenson / ████████, Rosemary R. Stoermann and Robert Stoermann / ████████ Crecencio Zuniga, ████████<br><br>**Defendant:**<br>Abbott Laboratories, Inc. | St. Clair County, Illinois | 10-L-651 |

| Exhibit A | Case Caption | Circuit | Case No. |
|---|---|---|---|
| 2. | **Plaintiffs:** ███ Monique Benjamin / ███, Irene Aguilar / ███, Christy Perry / ███ Ivy Babbit / ███, Sheri Beauchaine / ███, Lisa Bennett / ███ Amy Harris / Derek Bruce / ███, Natalya Bunich / ███, Tiffany Burroughs / ███, Joseph and Jodee Carpenter / ███, Lisa Gavazzi / ███ Lori Dziedzic / ███ Buffie Ellis / ███, Rachel Gerstner / ███, Tahirah Bryant / ███, Sonya Harris ███, Sandra Hernandez / Jessie Hobson / ███, Lillie Hopkins / ███ Tracey Hosea / ███ Dana Thompson / ███, Kimberly Coffey / ███ Janella Rogers<br><br>**Defendant:**<br>Abbott Laboratories, Inc. | Cook County, Illinois | 11-L-8510 |
| 3. | **Plaintiffs:** ███ Sandra L. Book / ███, Shannah Busby / ███ Amanda Cates / ███ Teresa H. Coronado / ███ Tiffany Dunn / ███, Denise Estes / ███, Brandy Fisher ███, Jean Fisher / ███ Leana Hebert / ███ Tangible R. Joseph / ███ Elizabeth Loe / ███ Gina Marie Logisci / ███, Jenny Martin / Jeffrey Roumillat / ███, Maria Moreno and Roland Moreno / Mariah Oliver / ███ Sherry Rockwell / Garrett Smith / Tammy Smith ███ Timothy Stenovich / ███, Jessica M. Straskowski / ███, Johnnie Taylor / ███ Karin Townsend / ███ Pamela L. Tubbs / ███ Shaniquaw Warren / ███ Heidi Wood<br><br>**Defendant:**<br>Abbott Laboratories, Inc. | St. Clair County, Illinois | 11-L-27 |

| Exhibit A | Case Caption | Circuit | Case No. |
|---|---|---|---|
| 4. | **Plaintiffs:**<br>Myles Brumfield / ▓▓▓, Mary Hartman / ▓▓▓, Lisa Caetta / ▓▓▓, Mary Pataky / ▓▓▓, Angela Pratt / ▓▓▓, Susan Taylor / ▓▓▓ Cindi Bufalino / Danielle Womack Coomer, ▓▓▓ Bob Roberts / ▓▓▓ Christina Raquel / ▓▓▓, Kristi M. Rowell / ▓▓▓ Cindy Nye / ▓▓▓, Rachel Sims / ▓▓▓ Roweena Elizabeth Galvin / ▓▓▓, Tammy Trott ▓▓▓ Demetrail Lowe Mitchell / ▓▓▓ Valarie Hagan / ▓▓▓ ▓▓▓ Nikita Patton / ▓▓▓ Bermesha A. Huston / ▓▓▓ Alison MacDonald / ▓▓▓, Laura Bailey / ▓▓▓ Cleopatra Powell<br><br>**Defendant:**<br>Abbott Laboratories, Inc. | St. Clair County, Illinois | 11-L-143 |
| 5. | **Plaintiffs:**<br>▓▓▓ Corkey P. Burks<br><br>**Defendant:**<br>Abbott Laboratories, Inc. | Cook County, Illinois | 11-L-4045 |
| 6. | **Plaintiffs:**<br>▓▓▓, Michelle Leal / ▓▓▓, Amanda Erpelding / ▓▓▓, Amy Griffin / Lindsey James / ▓▓▓ Jaclyn Langer / ▓▓▓ Julie Lemmond / ▓▓▓ Jaime Bailey / ▓▓▓, Renee Lee / ▓▓▓, Claudia Melnick / ▓▓▓ Lisa Modling / ▓▓▓ Heidi Denney / Amy Obermann, ▓▓▓ / ▓▓▓, Angela Pettway / ▓▓▓ Velmarie Rodriguez Acevedo / Blaise Ramiro / ▓▓▓ Dawn Flinders / ▓▓▓, Teresa Tuttle / Ashley Shamblin / Tyler Smith / | Cook County, Illinois | 11-L-8508 |

| Exhibit A | Case Caption | Circuit | Case No. |
|---|---|---|---|
|  | ▬▬▬ Erika Snow / ▬▬▬▬▬, Alisha Steinmetz ▬▬▬▬▬, Elizabeth Still / ▬▬▬▬ Janice Thomas ; ▬▬▬▬ Amy Lambert / ▬▬▬, Mary Vu.<br><br>**Defendant:**<br>Abbott Laboratories, Inc. |  |  |
| 7. | **Plaintiffs:**<br>▬▬▬ Rhealyn Alexander<br><br>**Defendant:**<br>Abbott Laboratories, Inc. | St. Clair County, Illinois | 11-L-0583 |
| 8. | **Plaintiffs:**<br>▬▬▬▬▬▬▬, Roger Pyszkowski, Mindy Pyszkowski<br><br>**Defendant:**<br>Abbott Laboratories, Inc. | Madison County, Illinois | 11-L-737 |
| 9. | **Plaintiffs:**<br>▬▬▬ Janet Woolfolk / Christopher Ryan Leach, Joseph A. Leach, Jill E. Leach / ▬▬▬▬ Stefanie L. Baldassare / ▬▬▬ Angela Barnett / ▬▬▬ Ginnifer E. Baugher, Philip Baugher / Kyle Bryce Benjamin, Linda Benjamin / ▬▬▬ Monique R. Benjamin ▬▬▬ Linda LeJune / ▬▬▬ Sandra L. Book, Gregory Book ▬▬▬ Loida Colon / ▬▬▬ Gina Corral / ▬▬▬ Jennifer B. Covey ▬▬▬ hannon L. Dolan, Shaun Dolan / ▬▬▬, Kelly Gunn / Christina Eubanks, Julie A. Hadley / ▬▬▬ Donnica Hancock, David Hancock ▬▬▬, Eddia Harrison / ▬▬▬ Melissa J. Hoefs, Ronald Hoefs ▬▬▬, ▬▬▬ Ana J. Jimenez / ▬▬▬, Mary Kaleta, Daniel Kaleta / ▬▬▬ Yvette Morehead, Randy Joe Morehead ▬▬▬, Nicky Name / ▬▬▬ Toni Pollard / ▬▬▬, Thompsalina A. Reed / ▬▬▬ ynthia Reynolds / ▬▬▬ | St. Clair County, Illinois | 10-L-422 |

| Exhibit A | Case Caption | Circuit | Case No. |
|---|---|---|---|
| | ▓▓▓ Julie Reynolds / ▓▓▓, Brenda Rodriguez / ▓▓▓ Denise R. Songstad, Robert Songstad / ▓▓▓, Carrie Taylor / ▓▓▓, James R. White / ▓▓▓, Ginger Bailey ▓▓▓ Liza Carnagio / ▓▓▓, Rebecca Chapman / ▓▓▓ Cherish Dickey / ▓▓▓, Heather Harvey ▓▓▓ Dana Moore / ▓▓▓ Dawn Nowak, Steve Nowak / ▓▓▓ Monica Raynes, Nathaniel Raynes / ▓▓▓, Nancy Royan / ▓▓▓ Kathleen Wheeler / ▓▓▓ Krista Wirick.<br><br>**Defendant:**<br>Abbott Laboratories, Inc. | | |