# EXHIBIT "M"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| **IN RE DEPAKOTE CASES** | ) |
|  | ) **Civil Case Numbers:** |
|  | ) **12-52-GPM; 12-53-GPM; 12-54-GPM;** |
|  | ) **12-55-GPM; 12-56-GPM; 12-57-GPM** |
|  | ) **12-163-GPM; 12-694-GPM; 12-824-GPM;** |
|  | ) **12-978-GPM; 12-1091-GPM;** |
|  | ) **12-1216-GPM; 13-83-GPM; 13-134-GPM;** |
|  | ) **13-135-GPM** |
|  | ) |
|  | ) **Judge G. Patrick Murphy** |
|  | ) |

## CONSOLIDATED PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSIONS

TO:     Defendant, Abbott Laboratories, Inc., by and through its counsel of record, Dan
        H. Ball, BRYAN CAVE LLP, 211 North Broadway, Suite 3600, St. Louis,
        Missouri 63102

Pursuant to Federal Rule of Civil Procedure 36, Plaintiffs serve the following Requests

for Admissions upon Defendant Abbott Laboratories Inc.

Respectfully submitted,

_____ by permission HAW

Christopher Cueto, #06192248
Michael Gras, #06303414
LAW OFFICE OF CHRISTOPHER CUETO, LTD.
7110 West Main Street
Belleville, IL 62223
Phone: (618) 277-1554
Fax: (618) 277-0962

Ralph D. McBride
Tony L. Visage
Phillip L. Sampson
Heath A. Novosad
Blair R. Loocke
Nancy R. McEvily
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: (713) 223-2300

Fax: (713) 221-1212

Jennifer M. Salim
BRACEWELL & GIULIANI LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202
Phone: (214) 468-3800
Fax: (214) 468-3888

John T. Boundas
Steven J. Kherkher
Sejal K. Brahmbhatt
WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Phone: (713) 230-2200
Fax: (713) 643-6226

William M. Audet
Joshua C. Ezrin
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Phone: (415) 568-2555
Fax: (415) 568-2556

Jeff Meyer
THE MEYER LAW FIRM, P.C.
6363 Woodway Drive, Suite 720
Houston, Texas 77057
Phone: (713) 974-4100
Fax: (713) 974-0225

Kenneth T. Fibich
Erin Copeland
FIBICH HAMPTON LEEBRON BRIGGS &
JOSEPHSON, LLP
1150 Bissonnet
Houston, Texas 77005
Phone: (713) 751-0025
Fax: (713) 751-0030

Robert L. Salim
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, Louisiana 71457

#4271590.2

Phone: (318) 352-5999
Fax: (318) 352-5998

**ATTORNEYS FOR PLAINTIFFS**

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2013, a true and correct copy of the foregoing was served upon the below-listed counsel of record by e-mail and certified mail, return receipt requested.

Dan H. Ball
Peter W. Herzog III
Stefan A. Mallen
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Paul F. Strain
Stephen E. Marshall
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202

Heath A. Novosad

#4271590.2

## Instructions

1.      These requests shall be deemed continuing, to the full extent required or permitted under the Federal Rules of Civil Procedure. FED. R. CIV. P. 26(e)(1).  If further information or documents come into your possession or are brought to your attention, or the attention of your agents, employees, officers, directors, representatives or attorneys in the course of trial or prior to trial, then supplementation of your responses is required.

2.      You are advised that each of these matters is admitted unless, within 30 days after being served, you serve a written answer or objection addressed to the matter and signed by the party or its attorney.  If a matter is not admitted, the answer must specifically deny it or state in detail why you cannot truthfully admit or deny it.  A denial must fairly respond to the substance of the matter; and when good faith requires that you qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest.  You may assert lack of knowledge or information as a reason for failing to admit or deny only if you state that you have made reasonable inquiry and that the information you know or can readily obtain is insufficient to enable you to admit or deny.

3.      You are also advised that the grounds for objecting to a request must be stated.  A party must not object solely on the ground that the request presents a genuine issue for trial.

4.      The singular form of a word should be interpreted as plural, and the plural form of a word should be interpreted as singular, to bring within the scope of this request any information that might otherwise be considered to be beyond their scope.

5.      Unless otherwise set forth, the relevant time period applicable to these requests for admissions is from February 2, 1978 until the present, which encompasses the time period during which Depakote drug products have been marketed in the United States.

## Definitions

1.     "AND" and "OR" are to be construed either conjunctively or disjunctively to bring within the scope of this request any information that might otherwise be considered to be beyond their scope.

2.     "ANY" includes each, every, and all persons, places, or things to which the term refers.

3.     "DEPAKOTE" refers to the family of prescription drugs with the basic active ingredient valproic acid or its derivatives sodium valproate and divalproex sodium, formulated and marketed in the United States by Defendant Abbott Laboratories Inc. under the names Depakote, Depakote ER, Depakene, Depakote Sprinkle Capsules, Depacon and similar names.

4.     "DOCUMENT(S)" or any similar term as used in this Request shall have the broadest possible meaning. Consistent with the above definition, the term document(s) shall include, without limitation, any written, printed, typed, photostatic, photographed, recorded, computer-generated, computer-stored, or otherwise maintained or reproduced communication or representation, any data compilation in any form, whether comprised of letters, words, numbers, pictures, sounds, bytes, emails, spreadsheets, electronic signals or impulses, electronic data, active files, deleted files, file fragments, or any combination thereof including, without limitation, all memoranda, notes, records, letters, envelopes, telegrams, messages, studies, analyses, contracts, agreements, projections, estimates, working papers, accounts, analytical records, reports and/or summaries of investigations, opinions or reports of consultants, opinions or reports of experts, opinions or reports of accountants, other reports, trade letters, press releases, comparisons, books, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, forecasts, drawings, diagrams, instructions, minutes of meetings or communications of any type, including inter- and intra-office communications, questionnaires, surveys, charts, graphs, photographs, phonographs, films, tapes discs, data cells, drums, printouts, all other compiled data which can be obtained (translated, if necessary, through intermediary or other devices into usable forms), documents maintained on, stored in or generated on any electronic transfer or storage system, any preliminary versions, drafts or revisions of any of the foregoing, and other writings or documents of whatever description or kind, whether produced or authorized by or on behalf of YOU or anyone else, and shall include all non-identical copies and drafts of any of the foregoing now in the possession, custody or control of YOU, or the former or present directors, officers, counsel, agents, employees, partners, consultants, principals, and/or PERSONS acting on YOUR behalf.

5.     The term "LITIGATION HOLD NOTICE" refers to the writing that orders the segregation, preservation and retention of certain documents, data and other material that are or may be relevant to a threatened or pending litigation.

6.     The terms "REFER(RING)," "RELATE(D)," "RELATING TO," and "CONCERNING" are used in their broadest and most inclusive sense and mean and include the terms relate to, refer to, constitute, memorialize, summarize, discuss, describe, mention, reflect, contain, concern, embody, identify, evidence, state, deal with, comment on, respond to, set forth, pertain to, analyze, support, contradict, or is logically or factually connected with that subject or thing.

7. "YOU," "YOUR" and "ABBOTT" means Defendant ABBOTT LABORATORIES, INC., or any person acting on its behalf, including but not limited to, employees, representatives or agents, accountants, attorneys, or consultants.

8. "VPA" means and includes all products for which defendants are the sponsor of an FDA new drug application, or products that defendants manufacture, market, or sell, that include the active ingredient valproic acid (valproate) or its derivatives sodium valproate and divalproex sodium. This definition includes, but is not limited to, Depakene (valproic acid)(NDA 018081 - February 2, 1978; NDA 018082 - February 28, 1978); Depakote (divalproex sodium)(NDA 018723 - March 10, 1983; NDA 019680 - September 12, 1989); Depakote ER (delayed released oral tablets; NDA 020782 - December 20, 2002; NDA 021168 - August 4, 2000; and NDA 022267 - March 24, 2008).

9. "FDA" means the United States Food & Drug Administration, any committee, subcommittee or advisory committee thereto, and any person, employee or agent acting as a representative thereof.

10. "FOREIGN GOVERNMENT REGULATORY AUTHORITY" means any agency, committee, subcommittee or advisory committee of any government other than the United States of America, which bears responsibility or exercises authority over the manufacture, distribution, labeling, sale and/or marketing of pharmaceutical products or human health in any jurisdiction, and any employee or agent acting as a representative thereof.

11. "LABEL" or "LABELS" is defined broadly and includes all means of communication as defined in 21 USC 321(m) and discussed in 21 CFR 201.56. As examples only, this term encompasses "package inserts" and traditional drug labeling, but also includes brochures, detail pieces, bulletins, literature reprints, films, videos, CD Rom's or DVD's, power point presentations, homemade sales aids, automated telemarketing, and press releases. This term also refers to any "label" information provided to, are available to, patients or the general public, such as a "Patient Information Leaflets," consumer medication information, "starter kits," Medication Guides, or other information that relate to VPA.

12. "ADVERTISEMENT" or similar terms are broadly defined and include all means of communication as defined in 21 USC 321(n) and discussed in 21 CFR 202.1(e). As examples only, this term encompasses "product claim ads," "reminder ads," "help-seeking ads," print periodicals (such as journals, magazines, and newspapers), and broadcast media (such as television and radio, as well as through telephone systems).

13. "BIRTH DEFECTS" means a major malformation, including a structural abnormality with surgical, medical or cosmetic importance, including, but not limited to, spina bifida, heart defects or cleft lip and palate, as further defined by the Antiepileptic Drug Pregnancy Registry at http://www.aedpregnancyregistry.org/

#4271590.2

## REQUESTS FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 3:

Admit that the following information, as set forth in the FDA Orange Book,[1] is accurate in identifying the New Drug Application number, products, and applicant for the listed VPA drug products:

| Appl No | Active Ingredient | Dosage Form: Route | Strength | Proprietary Name | Applicant |
|---|---|---|---|---|---|
| N019680 | DIVALPROEX SODIUM | CAPSULE, DELAYED REL PELLETS; ORAL | EQ 125 MG VALPROIC ACID | DEPAKOTE | ABBVIE |
| N018723 | DIVALPROEX SODIUM | TABLET, DELAYED RELEASE; ORAL | EQ 125MG VALPROIC ACID | DEPAKOTE | ABBVIE |
| N018723 | DIVALPROEX SODIUM | TABLET, DELAYED RELEASE, ORAL | EQ 250MG VALPROIC ACID | DEPAKOTE | ABBVIE |
| N018723 | DIVALPROEX SODIUM | TABLET, DELAYED RELEASE; ORAL | EQ 500MG VALPROIC ACID | DEPAKOTE | ABBVIE |
| N021168 | DIVALPROEX SODIUM | TABLET, EXTENDED RELEASE; ORAL | EQ 250 MG VALPROIC ACID | DEPAKOTE ER | ABBVIE |
| N021168 | DIVALPROEX SODIUM | TABLET, ETENDED RELEASE; ORAL | EQ 500 MG VALPROIC ACID | DEPAKOTE ER | ABBVIE |
| N020593 | VALPROATE SODIUM | INJECTABLE; INJECTION | EQ 100MG BASE/ML | DEPACON | ABBVIE |
| N018081 | VALPROIC ACID | CAPSULE; ORAL | 250 MG | DEPAKENE | ABBVIE |
| N018082 | VALPROIC ACID | SYRUP; ORAL | 250MG/5ML | DEPAKENE | ABBVIE |

### RESPONSE:

---

[1] Source: http://www.accessdata.fda.gov/scripts/cder/ob/docs/temptn.cfm

**REQUEST FOR ADMISSION NO. 4:**

Admit that Abbott is responsible for the design of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 5:**

Admit that Abbott is responsible for the formulation of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 6:**

Admit that Abbott is responsible for the manufacture of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 7:**

Admit that Abbott is responsible for the marketing of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 8:**

Admit that Abbott is responsible for the distribution of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 9:**

Admit that Abbott is responsible for the advertising of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 10:**

Admit that Abbott is responsible for the sale of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 11:**

Admit that Abbott is responsible for the labeling of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 12:**

Admit that Abbott is responsible for the safety surveillance of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 13:**

Admit that Abbott is responsible for the monitoring of each of the VPA drug products identified in request for admission 3.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 14:**

Admit that the documents attached hereto comprise the complete set of FDA-approved labels for each formulation of the Depakote drug from 1979-2012.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 15:**

Admit that valproate can cause major congenital malformations, particularly neural tube defects (e.g., spina bifida).

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 16:**

Admit that valproate should not be administered to a woman of childbearing potential unless the drug is essential to the management of her medical condition.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 17:**

Admit that the instruction: "valproate should not be administered to a woman of childbearing potential unless the drug is essential to the management of her medical condition" is an

instruction that is especially important when valproate use is considered for a condition not usually associated with permanent injury or death (e.g., migraine).

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 18:**

Admit that women should use effective contraception while using valproate.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 19:**

Admit that because of the risk to the fetus of neural tube defects and other major congenital malformations, which may occur very early in pregnancy, valproate should not be administered to a woman of childbearing potential unless the drug is essential to the management of her medical condition.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 20:**

Admit that women who are planning a pregnancy should be counseled regarding the relative risks and benefits of use of VPA during pregnancy, and alternative therapeutic options should be considered for these patients.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 21:**

Admit that to prevent major seizures, VPA drugs should not be discontinued abruptly, as this can precipitate status epilepticus with resulting maternal and fetal hypoxia and threat to life.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 22:**

Admit that evidence suggests that folic acid supplementation prior to conception and during the first trimester of pregnancy decreases the risk for congenital neural tube defects in the general population.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 23:**

Admit that valproate can cause fetal harm when administered to a pregnant woman.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 24:**

Admit that pregnancy registry data show that maternal valproate use can cause neural tube defects and other structural abnormalities (e.g., craniofacial defects, cardiovascular malformations and malformations involving various body systems). The rate of congenital malformations among babies born to mothers using valproate is about four times higher than the rate among babies born to epileptic mothers using other anti-seizure monotherapies.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 25:**

Admit that several published epidemiological studies have indicated that children exposed to valproate in utero have lower cognitive test scores than children exposed to either another antiepileptic drug in utero or to no antiepileptic drugs in utero.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 26:**

Admit that all pregnancies have a background risk of birth defects (about 3%), pregnancy loss (about 15%), or other adverse outcomes regardless of drug exposure.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 27:**

Admit that maternal use of VPA during pregnancy for any indication increases the risk of congenital malformations, particularly neural tube defects, but also malformations involving other body systems (e.g., craniofacial defects, cardiovascular malformations).

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 28:**

Admit that the risk of major structural abnormalities is greatest during the first trimester; however, other serious developmental effects can occur with use of valproate throughout pregnancy.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 29:**

Admit that the rate of congenital malformations among babies born to epileptic mothers who used valproate during pregnancy has been shown to be about four times higher than the rate among babies born to epileptic mothers who used other anti-seizure monotherapies.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 30:**

Admit that in animal studies, offspring had structural malformations similar to those seen in humans and demonstrated behavioral deficits.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 31:**

Admit that neural tube defects are the congenital malformation most strongly associated with maternal valproate. The risk of spina bifida following in utero valproate exposure is generally estimated as 1-2%, compared to an estimated general population risk for spina bifida of about 0.06 to 0.07% (6 to 7 in 10,000 births).

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 32:**

Admit that, to prevent major seizures, women with epilepsy should not discontinue valproate abruptly, as this can precipitate status epilepticus with resulting maternal and fetal hypoxia and threat to life. Even minor seizures may pose some hazard to the developing embryo or fetus. However, discontinuation of the drug may be considered prior to and during pregnancy in individual cases if the seizure disorder severity and frequency do not pose a serious threat to the patient.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 33:**

Admit that evidence suggests that folic acid supplementation prior to conception and during the first trimester of pregnancy decreases the risk for congenital neural tube defects in the general

#4271590.2

population. It is not known whether the risk of neural tube defects in the offspring of women receiving valproate is reduced by folic acid supplementation. Dietary folic acid supplementation both prior to conception and during pregnancy should be routinely recommended for patients using valproate.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 34:**

Admit that there is an extensive body of evidence demonstrating that exposure to valproate in utero increases the risk of neural tube defects and other structural abnormalities. Based on published data from the CDC's National Birth Defects Prevention Network, the risk of spina bifida in the general population is about 0.06 to 0.07%. The risk of spina bifida following in utero valproate exposure has been estimated to be approximately 1 to 2%.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 35:**

Admit that the NAAED Pregnancy Registry has reported a major malformation rate of 10.7% (95% C.I. 6.3% – 16.9%) in the offspring of women exposed to an average of 1,000 mg/day of valproate monotherapy during pregnancy (dose range 500 – 2000 mg/day). The major malformation rate among the internal comparison group of 1,048 epileptic women who received any other antiepileptic drug monotherapy during pregnancy was 2.9% (95% CI 2.0% to 4.1%). These data show a four-fold increased risk for any major malformation (Odds Ratio 4.0; 95% CI 2.1 to 7.4) following valproate exposure in utero compared to the risk following exposure in utero to any other antiepileptic drug monotherapy.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 36:**

Admit that prescribers should inform pregnant women and women of childbearing potential that use of VPA during pregnancy increases the risk of birth defects and adverse effects on neurobehavioral development. Prescribers should advise women to use effective contraception while using valproate. When appropriate, prescribers should counsel these patients about alternative therapeutic options. This is particularly important when valproate use is considered for a condition not usually associated with permanent injury or death (e.g., migraine).

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 37:**

Admit that a Medication Guide describing the risks of valproate is available for patients.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 38:**

Admit that, with respect to female patients who take VPA drug products:

Depakote or Depakene may harm your unborn baby.

- If you take Depakote or Depakene during pregnancy for any medical condition, your baby is at risk for serious birth defects. The most common birth defects with Depakote or Depakene affect the brain and spinal cord and are called spina bifida or neural tube defects. These defects occur in 1 to 2 out of every 100 babies born to mothers who use this medicine during pregnancy. These defects can begin in the first month, even before you know you are pregnant. Other birth defects can happen.

- Birth defects may occur even in children born to women who are not taking any medicines and do not have other risk factors.

- Taking folic acid supplements before getting pregnant and during early pregnancy can lower the chance of having a baby with a neural tube defect.

- If you take Depakote or Depakene during pregnancy for any medical condition, your child is at risk for having a lower IQ.

- There may be other medicines to treat your condition that have a lower chance of birth defects.

- All women of child-bearing age should talk to their healthcare provider about using other possible treatments instead of Depakote or Depakene. If the decision is made to use Depakote or Depakene, you should use effective birth control (contraception) unless you are planning to become pregnant.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 39:**

Admit that, with respect to female patients who take VPA drug products, the product label includes information that you present to patients as being accurate, complete, and reliable.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 40:**

Admit that Abbott did not send a "Dear Doctor," "Dear Healthcare Provider," or other letter or communication to the medical community regarding any of the revisions to the label(s) of the VPA drugs concerning birth defects or teratogenicity issues.

**RESPONSE:**

-17-

**REQUEST FOR ADMISSION NO. 41:**

Admit that the VPA drugs are contraindicated and should not be administered to patients with hepatic disease or significant hepatic dysfunction.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 42:**

Admit that the relative risk of hepatic disease associated with the use of VPA is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 43:**

Admit that the VPA drugs are contraindicated for use in patients with known urea cycle disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 44:**

Admit that the relative risk of urea cycle disorders associated with the use of VPA is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 45:**

Admit that the published medical literature in 1983 and before included case reports and articles concerning birth defects associated with in utero exposure to VPA including, but not limited to, the following:

a. Brown, NA., Teratogenic potential of valproic acide.  Lancet 1980; 1(8169): 660-1.

b. Dalens, B., Taratogenicity of valproic acid.  J. Pediatr. 1980 Aug; 97(2):332-3.

c. Hiilesmaa, VK., Valproic acid during pregnancy.  Lancet 1980; 1(8173):883.

d. Dietrich, E., Congenital anomalies in children of epileptic mothers and fathers. Neuropediatrics 1980 Aug; 11(3): 274-83.

e. Gomez, MR., Possible teratogenicity of valproic acid.  J. Pediatr. 1981 Mar; 98(3): 508-09.

f. Paulson, GW., Teratogenic effects of anticonvulsants.  Arch Neurol. 1981 Mar; 38(3): 140-3.

g. Clay, SA., Possible teratogenic effect of valproic acid.  J Pediatr. 1981 Nov; 99(5): 828.

h. Orv Hetil. Human teratogenicity of valproic acid containing antiepileptic drugs 1982 Dec 19;123(51):3170.

i. Lancet. Valproate and malformations 1982 Dec 11;2(8311):1313-4.

j. Latis, GO, Battino, D, and Boldl, B (1982) Preliminary data of a neuropediatric follow-up of infants born to epileptic mothers. In Janz, D, Dam, M Richens, A (Eds) Pregnancy, Epilepsy and the Child, New York Raven Press 419-423.

k. Jeavons, Pm. Sodium valproate and neural tube defects. Lancet 1982; **ii**: 1282-1283.

l. Terano and Hiilesmaa (1982) Pregnancy and fetal complications in epileptic pregnancies in: Janz D, et al. (Eds) Epilepsy, pregnancy and the child. Raven ress New York pp53-59.

m. Bjerkedal T., Czeizel A., Goujard J., et al. Valproic acid and spina bifida. Lancet 1982 Nov 13; 2(8307): 1096.

n. Centers for Disease Control (CDC) Valproic acid and spin bifida:  a preliminary report – France.  MMWR Morb Mortal Wkly Rep. 1982 Oct 29;31(42):565-6.

o. Robert E., Guibaud P.  Maternal valproic acid and congenital neural tube defects. Lancet 1982; **ii**: 937.

#4271590.2

    p.  Pedersen, A., Valproate and congenital abnormalities.  Ugeskr Laeger 1982 Dec 6; 144(49): 3690.

    q.  Valproate and malformations.  Lancet 1982 Dec 11; 2(8311) 1313-4.

    r.  Human teratogenicity of valproic acid containing antiepileptic drugs.  Orv Hetil. 1982 Dec 19; 123(51): 3170.

    s.  Sodium valproate and neural tube defects.  Lancet 1982 Dec 4; 2(8310): 1282-3.

    t.  Robert, E., Is valproic acid teratogenic.  Rev Neurol (Paris). 1983; 139(6-7): 445-7.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 46:**

Admit that Abbott had a legal duty to review all adverse drug experience information obtained or otherwise received by you from any source, foreign or domestic, including information derived from commercial marketing experience, postmarketing clinical investigations, postmarketing epidemiological/surveillance studies, reports in the scientific literature, and unpublished scientific papers concerning birth defects associated with maternal use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 47:**

Admit that the peer-reviewed, published medical literature includes the article cited below and the abstracted findings and conclusions concerning maternal epilepsy and birth defects:

> A case control study on the association between maternal epilepsy, anticonvulsants use during pregnancy and birth defects was carried out in the Italian Multicentric Registry of Birth Defects (IPIMC). In the period 1980-1983, 7,607 malformed babies out of 439,717 total births (still + live) were registered. Fourty-one malformed babies with maternal epilepsy were identified (5.39 X 1,000). The overall relative risk of having a malformed baby among pregnant epileptic women was 1.87. Spina Bifida, Congenital Heart Defects, Clefts, Diaphragmatic Hernia and Trisomy 18 were more frequent than expected among babies with maternal epilepsy. The different therapeutic regimens were also tested to identify the possible independent teratogenic effect of anticonvulsants. A statistically significant association between Spina Bifida and Valproic Acid (odds

ratio 22.7; Fisher p value = 0.0364) was observed: no other anticonvulsant tested showed any association with any type of malformation.

Source:  Bertollini, Maternal epilepsy and birth defects: a case-control study in the Italian Multicentric Registry of Birth Defects (IPIMC).  Eur J Epidemiol. 1985 Mar;1(1):67-72.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 48:**

Admit that the peer-reviewed, published medical literature includes the article cited below and the abstracted findings and conclusions concerning prenatal exposure to valproic acid during pregnancy and limb deficiencies:

> We conducted a case-control study using data from the Spanish Collaborative Study of Congenital Malformations (ECEMC) on the relationship between prenatal exposure to valproic acid (VPA) and the presence of limb deficiencies in newborn infants. Among a total of 22,294 consecutive malformed infants (once we excluded genetic syndromes) and 21,937 control infants with specified data on antiepileptic drugs during gestation, 57 malformed infants and 10 control infants were exposed to VPA during the first trimester of pregnancy. Of the total of malformed infants exposed to VPA, 36.8% (21/57) presented with congenital limb defects of different types (including overlapping digits, talipes, clubfoot, clinodactyly, arachnodactyly, hip dislocation, pre- and postaxial polydactyly, etc.), three of them having limb deficiencies. The result of the case-control analysis shows a risk for limb deficiencies of odds ratio = 6.17 [confidence interval (CI) 1.28-29.66, P = 0.023], after controlling for potential confounder factors. If we consider that in our population the prevalence at birth of this type of defect is 6.88 per 10,000 livebirths (95% CI 6.43-7.36) we can estimate that the risk for women treated with VPA of having a baby with limb deficiencies would be around 0.42%. The limb deficiencies in the three patients exposed to VPA were the following: the first case was a newborn infant with hypoplasia of the left hand, the second patient was a newborn infant with unilateral forearm defect and hypoplastic first metacarpal bone in the left hand, and the third patient presented with short hands with hypoplastic first metacarpal bone, absent and hypoplastic phalanges, retrognathia, facial asymmetry, hypospadias, teleangiectatic angioma in skull, and hypotonia.

Source:  Rodriguez-Pinilla, Prenatal exposure to valproic acid during pregnancy and limb deficiencies: a case-control study.  Am J Med Genet. 2000 Feb 28;90(5):376-81.

-21-

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 49:**

Admit that the peer-reviewed, published medical literature includes the article cited below and the abstracted findings and conclusions from a systematic review and meta-analysis of published pregnancy registries and cohorts concerning pregnancy outcomes in women with epilepsy:

> The review included 59 studies that met inclusion/exclusion criteria, involving 65,533 pregnancies in WWE and 1,817,024 in healthy women. The calculated incidence of births with CM in WWE [7.08%; 95% CIs 5.62, 8.54] was higher than healthy women [2.28%; CIs 1.46, 3.10]. Incidence was highest for AED polytherapy [16.78%; CIs 0.51, 33.05]. The AED with the highest CM incidence was valproate, which was 10.73% [CIs 8.16, 13.29] for valproate monotherapy.

> Results of this systematic literature review suggest that the overall incidence of CMs in children born of WWE is approximately threefold that of healthy women. The risk is elevated for all AED monotherapy and further elevated for AED polytherapy compared to women without epilepsy. The risk was significantly higher for children exposed to valproate monotherapy and to polytherapy of 2 or more drugs when the polytherapy combination included phenobarbital, phenytoin, or valproate. Further research is needed to delineate the specific risk for each individual AED and to determine underlying mechanisms including genetic risk factors.

> Source:  Meador, Pregnancy outcomes in women with epilepsy: a systematic review and meta-analysis of published pregnancy registries and cohorts.   Epilepsy Res. 2008 Sep;81(1):1-13. Epub 2008 Jun 18.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 50:**

Admit that the peer-reviewed, published medical literature includes the article cited below and the summary of studies (Table 1) valproic acid monotherapy in pregnancy and major congenital malformations:

#4271590.2

Table 1. Overview of Studies Included in the Analysis.

| Study | Country | Birth Years Included | First-Trimester Exposure to Valproic Acid Monotherapy | | |
|---|---|---|---|---|---|
| | | | Exposed Pregnancies | Births with Malformation | Malformation Rate |
| | | | number | | % (95% CI) |
| Samrén et al.[14] | Germany, Finland, and the Netherlands | 1972–1990 | 184 | 16 | 8.7 (5.4–13.7) |
| Kaaja et al.[24] | Finland | Jan. 1980–Sept. 1998 | 61 | 4 | 6.6 (2.6–15.7) |
| Sabers et al.[23] | Denmark | Sept. 1996–May 2000 | 30 | 2 | 6.7 (1.9–21.3) |
| Vajda et al.[15] | Australia | July 1999–Oct. 2002 | 89 | 15 | 16.9 (10.5–26.0) |
| Wide et al.[16] | Sweden | July 1995–Dec. 2001 | 268 | 26 | 9.7 (6.7–13.8) |
| Wyszynski et al.[17] | United States | Feb. 1997–Nov. 2003 | 149 | 16 | 10.7 (6.3–16.8) |
| Meador et al.[12] | United Kingdom and United States | Oct. 1999–Feb. 2004 | 69 | 12 | 17.4 (10.2–28.0) |
| Morrow et al.[13] | United Kingdom | Dec. 1996–March 2005 | 715 | 44 | 6.2 (4.6–8.2) |
| All studies | | 1972–2005 | 1565 | 135 | 8.6 (7.3–10.1) |
| All studies, excluding minor malformations* | | 1972–2005 | 1565 | 118 | 7.5 (6.3–9.0) |

* According to the classification of major congenital malformations in the European Surveillance of Congenital Anomalies (EUROCAT) registry, based on the *International Classification of Diseases, 10th Edition*, 17 malformations were minor and were therefore excluded from the analysis.

Source:   Jentink, Valproic acid monotherapy in pregnancy and major congenital malformations.  N Engl J Med. 2010 Jun 10;362(23):2185-93.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 51:**

Admit that the peer-reviewed, published medical literature includes the article cited below and the abstracted findings and conclusions concerning valproic acid monotherapy in pregnancy and major congenital malformations:

> We first combined data from eight published cohort studies (1565 pregnancies in which the women were exposed to valproic acid, among which 118 major malformations were observed) and identified 14 malformations that were significantly more common among the offspring of women who had received valproic acid during the first trimester. We then assessed the associations between use of valproic acid during the first trimester and these 14 malformations by performing a case-control study with the use of the European Surveillance of Congenital Anomalies (EUROCAT) antiepileptic-study database, which is

-23-

derived from population-based congenital-anomaly registries. Registrations (i.e., pregnancy outcomes with malformations included in EUROCAT) with any of these 14 malformations were compared with two control groups, one consisting of infants with malformations not previously linked to valproic acid use (control group 1), and one consisting of infants with chromosomal abnormalities (control group 2). The data set included 98,075 live births, stillbirths, or terminations with malformations among 3.8 million births in 14 European countries from 1995 through 2005.

Exposure to valproic acid monotherapy was recorded for a total of 180 registrations, with 122 registrations in the case group, 45 in control group 1, and 13 in control group 2. As compared with no use of an antiepileptic drug during the first trimester (control group 1), use of valproic acid monotherapy was associated with significantly increased risks for 6 of the 14 malformations under consideration; the adjusted odds ratios were as follows: spina bifida, 12.7 (95% confidence interval [CI], 7.7 to 20.7); atrial septal defect, 2.5 (95% CI, 1.4 to 4.4); cleft palate, 5.2 (95% CI, 2.8 to 9.9); hypospadias, 4.8 (95% CI, 2.9 to 8.1); polydactyly, 2.2 (95% CI, 1.0 to 4.5); and craniosynostosis, 6.8 (95% CI, 1.8 to 18.8). Results for exposure to valproic acid were similar to results for exposure to other antiepileptic drugs.

Source:   Jentink, Valproic acid monotherapy in pregnancy and major congenital malformations.  N Engl J Med. 2010 Jun 10;362(23):2185-93.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 52:**

Admit that the peer-reviewed, published medical literature includes the article cited below and the abstracted findings and conclusions concerning the comparative safety of antiepileptic drugs during pregnancy:

The study population was pregnant women who enrolled in the North American AED Pregnancy Registry between 1997 and 2011. Data on AED use and maternal characteristics were collected through phone interviews at enrollment, at 7 months' gestation, and postpartum. Malformations were confirmed by medical records. The risk of major malformations was calculated among infants exposed to specific AEDs in monotherapy during the first trimester of pregnancy and among an unexposed group. Risk ratios (RRs) and 95% confidence intervals (CIs) were estimated with logistic regression.

#4271590.2

The risk of major malformations was 9.3% (30 of 323) for valproate, 5.5% (11 of 199) for phenobarbital, 4.2% (15 of 359) for topiramate, 3.0% (31 of 1.033) for carbamazepine, 2.9% (12 of 416) for phenytoin, 2.4% (11 of 450) for levetiracetam, and 2.0% (31 of 1,562) for lamotrigine. Compared with lamotrigine, the RR was 5.1 (95% CI 3.0-8.5) for valproate, 2.9 (1.4-5.8) for phenobarbital, and 2.2 (1.2-4.0) for topiramate. The proportion of women with epilepsy who had seizures during pregnancy ranged from 23% for valproate to 31% for lamotrigine. Valproate was associated with a higher risk of neural tube defects, hypospadias, cardiac defects, and oral clefts and phenobarbital with a higher risk of cardiac defects and oral clefts; 5 infants exposed to topiramate (1.4%) had a cleft lip.

Hernandez-Diaz, Comparative safety of antiepileptic drugs during pregnancy. Neurology. 2012 May 22;78(21):1692-9. Epub 2012 May 2.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 53:**

Admit that the peer-reviewed, published medical literature includes the article cited below and the summary of data (Table 2) concerning the associations between newer-generation antiepileptic drug use during pregnancy and major birth defects:

**Table 2.** Associations Between Newer-Generation Antiepileptic Drug Use During Pregnancy and Major Birth Defects in a Cohort of 837 795 Live Births in Denmark

| | | | Exposure During First Trimester | |
|---|---|---|---|---|
| | No. of Women[a] | Birth Defects, No. (%) | POR (95% CI) | |
| | | | Crude | Adjusted[b] |
| Newer-generation antiepileptic drugs | | | | |
| Exposed | 1532 | 49 (3.2) | 1.35 (1.02-1.80) | 0.99 (0.72-1.36) |
| Unexposed | 836 263 | 19 911 (2.4) | 1 [Reference] | 1 [Reference] |
| Lamotrigine, mg/d | 1019 | 38 (3.7) | 1.59 (1.15-2.2) | 1.18 (0.83-1.68) |
| ≤250 | 766 | 31 (4.0) | 1.73 (1.21-2.48) | 1.29 (0.88-1.90) |
| >250 | 253 | 7 (2.8) | 1.17 (0.55-2.47) | 0.84 (0.39-1.82) |
| Oxcarbazepine | 393 | 11 (2.8) | 1.18 (0.65-2.15) | 0.86 (0.46-1.59) |
| Topiramate | 108 | 5 (4.6) | 1.99 (0.81-4.88) | 1.44 (0.58-3.58) |
| Gabapentin | 59 | 1 (1.7) | 0.71 (0.10-5.10) | 0.53 (0.07-3.85) |
| Levetiracetam | 58 | 0 | Not estimable | Not estimable |

Abbreviations: CI, confidence interval; POR, prevalence odds ratio.
[a] The numbers of women exposed to each individual antiepileptic drug sums to more than 1532 because some of them took more than 1 drug.
[b] Adjusted for use of older-generation antiepileptic drugs during the first trimester and diagnosis of epilepsy before the second trimester.

Source:   Molgaard-Nielsen, Newer-generation antiepileptic drugs and the risk of major birth defects; *JAMA*. 2011;305(19):1996-2002. doi:10.1001/jama.2011.624.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 54:**

Admit that The American Academy of Neurology has published an evidence-based guideline on the subject of "Women With Epilepsy: Drug Risks and Safety During Pregnancy," which includes the following summary:

> How risky is taking VPA during pregnancy compared to taking other AEDs? Some studies compared the risks of using VPA during pregnancy to the risks of using certain other AEDs. The evidence points to avoiding VPA use in the first trimester to lower the risk of birth defects. It also suggests avoiding VPA use throughout pregnancy to decrease the risk of poorer thinking ability in your child.

#4271590.2

Source:   http://www.aan.com/practice/guideline/uploads/338.pdf

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 55:**

Admit that The American Academy of Neurology has published a document entitled "Practice Parameter update: Management issues for women with epilepsy—focus on pregnancy (an evidence based review): Teratogenesis and perinatal outcomes Report of the Quality Standards Subcommittee and Therapeutics and Technology Subcommittee of the American Academy of Neurology and American Epilepsy Society," which states:

> **Objective:** To reassess the evidence for management issues related to the care of women with epilepsy (WWE) during pregnancy.

> **Methods:** Systematic review of relevant articles published between January 1985 and June 2007.

> **Results:** It is highly probable that intrauterine first-trimester valproate (VPA) exposure has higher risk of major congenital malformations (MCMs) compared to carbamazepine and possible compared to phenytoin or lamotrigine. Compared to untreated WWE, it is probable that VPA as part of polytherapy and possible that VPA as monotherapy contribute to the development of MCMs. It is probable that antiepileptic drug (AED) polytherapy as compared to monotherapy regimens contributes to the development of MCMs and to reduced cognitive outcomes. For monotherapy, intrauterine exposure to VPA probably reduces cognitive outcomes. Further, monotherapy exposure to phenytoin or phenobarbital possibly reduces cognitive outcomes. Neonates of WWE taking AEDs probably have an increased risk of being small for gestational age and possibly have an increased risk of a 1-minute Apgar score of <7.

> **Recommendations:** If possible, avoidance of valproate (VPA) and antiepileptic drug (AED) polytherapy during the first trimester of pregnancy should be considered to decrease the risk of major congenital malformations (Level B). If possible, avoidance of VPA and AED polytherapy throughout pregnancy should be considered to prevent reduced cognitive outcomes (Level B). If possible, avoidance of phenytoin and phenobarbital during pregnancy may be considered to prevent reduced cognitive outcomes (Level C). Pregnancy risk stratification should reflect that the offspring of women with epilepsy taking AEDs are probably at increased risk for being small for gestational age (Level B) and possibly at increased risk of 1-minute Apgar scores of <7 (Level C).

Source:  http://www.aan.com/globals/axon/assets/5476.pdf

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 56:**

Admit that The American Congress of Obstetricians and Gynecologists (ACOG) has published an ACOG Practice Bulletin, Clinical Management Guidelines For Obstetrician–Gynecologists: Use of Psychiatric Medications During Pregnancy and Lactation, which states:

> "*The following recommendations and conclusions are based on good and consistent scientific evidence (Level A):*
>
> Valproate exposure in pregnancy is associated with an increased risk of fetal anomalies, including neural tube defects, fetal valproate syndrome, and long term adverse neurocognitive effects. It should be avoided in pregnancy, if possible, especially during the first trimester.
>
> Source:http://www.healthykent.org/infanthealth/Perinatal%20Mood%20Disorders/PMD %20Resource%20Manual/ACOG%20Use%20of%20Meds%20during%20Preg%20and% 20BF.pdf

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 57:**

Admit that The Epilepsy Foundation has published information concerning the use of antiepileptic medications in pregnancy in relation to risks of birth defects, which includes the following summary:

> Between 1992 and 1999, pregnancy registries have been established in the U.S. and overseas to study the fetal effects of anticonvulsant drugs and are now beginning to report their results. The North American Pregnancy Registry (funded by a consortium of pharmaceutical companies which manufacture anticonvulsants), the Australian Pregnancy Registry, the United Kingdom Pregnancy Registry, and some academic centers have recently reported that while

-28-

#4271590.2

all anticonvulsant medications carry some risk to a developing child, one of the older drugs — sodium valproate — is consistently associated with an increased risk of birth defects and developmental disorders, ranging from 6.1 percent to 16.7 percent.

Source:  Epilepsy Foundation.  Anticonvulsants & Pregnancy:  A Call to Action; link at http://old.epilepsyfoundation.org/living/women/calltoaction/pregnancy.cfm?renderforprint=1&

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 58:**

Admit that The World Health Organization has published guidelines and recommendations concerning the "Management of epilepsy in women of child bearing age," which includes the following findings and recommendations:

| **Balance of benefits versus harms** | In women with epilepsy who are pregnant the need for seizure control has to be balanced against the risk of exposure of the foetus to AEDs. AED polytherapy has worse outcomes than AED monotherapy, and there is a significantly increased risk of malformations associated with use of valproate.  In women with epilepsy, control of seizures should be optimised before pregnancy, ideally with the lowest dose of an AED in monotherapy which controls the seizures. Valproate should be avoided where possible. Most children born to women with epilepsy have no adverse effects. |
|---|---|

**Final recommendation(s)**

Women with epilepsy should have seizures controlled as well as possible with the minimum dose of antiepileptic drug taken in monotherapy, wherever possible. Antiepileptic drug polytherapy should be avoided. Valproic acid should be avoided if possible.

Strength of recommendation: STRONG

Source:

http://www.who.int/mental_health/mhgap/evidence/epilepsy/mh_evidence_prof_epilpesy_q11_childbearingage_2010_en.pdf

#4271590.2

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 59:**

Admit that prior to 2006, the labels for Abbott's VPA drug products did not include comparative information concerning the incidence of birth defects associated with the use of VPA and alternative pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 60:**

Admit that prior to 2006, the labels for Abbott's VPA drug products did not include comparative information concerning the incidence of birth defects associated with the use of VPA and alternative pharmaceutical therapies indicated for the treatment of migraines.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 61:**

Admit that prior to 2006, the labels for Abbott's VPA drug products did not include comparative information concerning the incidence of birth defects associated with the use of VPA and alternative pharmaceutical therapies indicated for the treatment of mania.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 62:**

Admit that the labels for Abbott's VPA drug products do not now and have never included comparative information concerning the incidence of neural tube defects associated with the use of VPA compared to alternative pharmaceutical therapies.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 63:**

Admit that the labels for Abbott's VPA drug products do not now and have never included comparative information concerning the incidence of heart defects associated with the use of VPA compared to alternative pharmaceutical therapies.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 64:**

Admit that the labels for Abbott's VPA drug products do not now and have never included comparative information concerning the incidence of oral clefts associated with the use of VPA compared to alternative pharmaceutical therapies.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 65:**

Admit that the labels for Abbott's VPA drug products do not now and have never included information concerning the incidence of genital abnormalities associated with the use of VPA compared to alternative pharmaceutical therapies.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 66:**

Admit that the labels for Abbott's VPA drug products do not now and have never included information concerning the incidence of limb defects associated with the use of VPA compared to alternative pharmaceutical therapies.

#4271590.2

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 67:**

Admit that Abbott has never stated in the labeling for its VPA drug products that VPA is not the first drug of choice for most patients with seizures.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 68:**

Admit that Abbott has never stated in the labeling for its VPA drug products that untreated women with epilepsy are not at an increased risk of having infants with birth defects compared with women who do not have epilepsy.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 69:**

Admit that Abbott has never stated in the labeling for its VPA drug products that, when VPA is prescribed for a woman of childbearing years, there is a dose-dependent risk of birth defects associated with the use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 70:**

Admit that Abbott has never stated in the labeling for its VPA drug products that effective contraception is a requirement for the prescription and use of these drugs.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 71:**

Admit that Abbott has never sought to revise the labeling for its VPA drug products to contraindicate the use of these drugs in women of childbearing years.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 72:**

Admit that Abbott has never sought to label its VPA drug products as pregnancy category "X" drugs.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 73:**

Admit that studies in animals have demonstrated fetal abnormalities associated with exposure to VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 74:**

Admit that studies in humans have demonstrated fetal abnormalities associated with exposure to VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 75:**

Admit that there is positive evidence of fetal risk based on adverse reaction reports from investigational or marketing experience associated with exposure to VPA.

#4271590.2

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 76:**

Admit that, with respect to the indication for use of VPA for the treatment of epilepsy and/or seizures, other forms of medication therapy are available that have a lower incidence of birth defects.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 77:**

Admit that, with respect to the indication for use of VPA for the treatment of migraines, other forms of medication therapy are available that have a lower incidence of birth defects.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 78:**

Admit that, with respect to the indication for use of VPA for the treatment of mania, other forms of medication therapy are available that have a lower incidence of birth defects.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 79:**

Admit that Abbott provides financial support to the North American Antiepileptic Drug Pregnancy Registry.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 80:**

Admit that postmarketing surveillance of drug use in pregnancy is critical to the detection of drug-induced fetal effects.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 81:**

Admit that the New Drug Application for Depakene, NDA 18-081 includes a supplement submitted to FDA on December 28, 1981 in which Abbott provided FDA a clincial summary of a study conducted in England, known as the Newcastle Epilepsy Study, in support of a requested indication for the use of Depakene as sole and adjunctive therapy in the treatment of tonic-clonic (grand mal) seizures.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 82:**

Admit that Abbott was provided with a document entitled "RE:  Findings in pregnancies in which the infant has been exposed to valproic acid (brand names Depkaote, Epival)," dated August 30, 2002, by the Scientific Advisory Committee of the AED Pregnancy Registry, which states in part:

> Technically, the earliest suggestions of the possible teratogencity of valpric acide were the published letters-to-the-edit by Dalens et al (1) in 1980 and later, Gomez et al (2) in 1981.  However, many more clinicians learned of this possibility for the first time from the letter-to-the-editor by Robert and Guibaud in the Octoer 23, 1982 issue of Lancet (3) in which they announced their findings of which rate of spina bifida (Odds Ratio 20.6; p<.000001) among infants exposed to valproic acid during pregnancy.  This observation was made from a large case-control study in the Rhone-Aples region of France and was part of the Internation Clearing House for Birth Defects Monitoring.   This finding prompted colleagues from other countries in the International Clearing House to review their data and confirmed quickly in a letter published in the November 13, 1982 issue of Lancet the high rate of occurrence of spina bifida after exposure to valproic acid, but not anencephaly, another common neural tube defect.

#4271590.2

Several additional observations followed in different types of publications: case reports (5-11), case series (12), review articles (13, 14), one case-control studies (15) and one prospective cohort study (16).  While initial reports focused on the increased risk of spina bifida (17), subsequent studies emphasized the increased frequency of less well-known effects, such as limb reduction defects in the arms (18, 19), and autism (10, 11).   Since the abnormalities that will have been identified at birth, the list of the potential outcomes relevant to this report are those listed in case series (12), reviews (13, 14), the cohort (16) and case-control (15) studies.  These include:

a)  Oral clefts, e.g. cleft lip and palate
b)  Abdominal wall defects
c)  Genitourinary anomalies, e.g. hypospadias
d)  Limb anomalies, e.g. hypoplasia of radius
e)  Club foot deformity
f)  Spina bifida

The outcomes identified among the infants born to women enrolled in the Registry who took valproic acid (Depakote) as monotherapy are consistent with the observations published previously (footnote citations omitted).

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 83:**

Admit that the relative risk of birth defects associated with the use of lamotrigine is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 84:**

Admit that the published risk of birth defects associated with the use of topiramate is less than the published risk of birth defects associated with the use of VPA.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 85:**

Admit that the relative risk of birth defects associated with the use of topiramate is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 86:**

Admit that the published risk of birth defects associated with the use of carbamazepine is less than the published risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 87:**

Admit that the relative risk of birth defects associated with the use of carbamazepine is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 88:**

Admit that the published risk of birth defects associated with the use of phenytoin is less than the published risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 89:**

Admit that the relative risk of birth defects associated with the use of phenytoin is less than the relative risk of birth defects associated with the use of VPA.

#4271590.2

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 90:**

Admit that the published risk of birth defects associated with the use of levetiracetam is less than the published risk of birth defects associated with the use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 91:**

Admit that the relative risk of birth defects associated with the use of levetiracetam is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 92:**

Admit that the published risk of birth defects associated with the use of phenobarbital is less than the published risk of birth defects associated with the use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 93:**

Admit that the relative risk of birth defects associated with the use of phenobarbital is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 94:**

Admit that the published risk of birth defects associated with the use of oxcarbazepine is less than the published risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 95:**

Admit that the relative risk of birth defects associated with the use of oxcarbazepine is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 96:**

Admit that the published risk of birth defects associated with the use of gabapentin is less than the published risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 97:**

Admit that the relative risk of birth defects associated with the use of gabapentin is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 98:**

Admit that the published risk of birth defects associated with the use of zonisamide is less than the published risk of birth defects associated with the use of VPA.

#4271590.2

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 99:**

Admit that the relative risk of birth defects associated with the use of zonisamide is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 100:**

Admit that the published risk of birth defects associated with the use of clonazepam is less than the published risk of birth defects associated with the use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 101:**

Admit that the relative risk of birth defects associated with the use of clonazepam is less than the relative risk of birth defects associated with the use of VPA.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 102:**

Admit that by January 1, 1987, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 103:**

Admit that by January 1, 1987, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 104:**

Admit that by January 1, 1988, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 105:**

Admit that by January 1, 1988, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 106:**

Admit that by January 1, 1989, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 107:**

Admit that by January 1, 1989, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 108:**

Admit that by January 1, 1990, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 109:**

Admit that by January 1, 1990, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 110:**

Admit that by January 1, 1991, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 111:**

Admit that by January 1, 1991, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 112:**

Admit that by January 1, 1992, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 113:**

Admit that by January 1, 1992, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

#4271590.2

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 114:**

Admit that by January 1, 1993, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 115:**

Admit that by January 1, 1993, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 116:**

Admit that by January 1, 1994, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 117:**

Admit that by January 1, 1994, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 118:**

Admit that by January 1, 1995, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 119:**

Admit that by January 1, 1995, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 120:**

Admit that by January 1, 1996, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

-45-

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 121:**

Admit that by January 1, 1996, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 122:**

Admit that by January 1, 1997, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 123:**

Admit that by January 1, 1997, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 124:**

Admit that by January 1, 1998, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 125:**

Admit that by January 1, 1998, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 126:**

Admit that by January 1, 1999, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 127:**

Admit that by January 1, 1999, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

#4271590.2

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 128:**

Admit that by January 1, 2000, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 129:**

Admit that by January 1, 2000, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 130:**

Admit that by January 1, 2001, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

#4271590.2

**REQUEST FOR ADMISSION NO. 131:**

Admit that by January 1, 2001, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 132:**

Admit that by January 1, 2002, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 133:**

Admit that by January 1, 2002, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 134:**

Admit that by January 1, 2003, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

#4271590.2

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 135:**

Admit that by January 1, 2003, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 136:**

Admit that by January 1, 2004, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 137:**

Admit that by January 1, 2004, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 138:**

Admit that by January 1, 2005, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 139:**

Admit that by January 1, 2005, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 140:**

Admit that by January 1, 2006, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 141:**

Admit that by January 1, 2006, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

#4271590.2

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 142:**

Admit that by January 1, 2007, you were aware of medical studies reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 143:**

Admit that by January 1, 2007, reasonable evidence existed reflecting that the relative risk of birth defects associated with the use of VPA was higher than the relative risk of birth defects associated with the use of other (non-VPA) pharmaceutical therapies indicated for the treatment of epilepsy and/or seizure disorders.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 144:**

Admit that you are not required to wait for FDA approval of a labeling change if the labeling change adds or strengthens a contraindication, warning, precaution, or adverse reaction.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 145:**

Admit that you are not required to wait for FDA approval of a labeling change if the labeling change adds or strengthens an instruction about dosage and administration that is intended to increase the safe use of the drug product.

#4271590.2

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 146:**

Admit that as soon as reasonable evidence existed of an association of a serious hazard with your VPA drug products, you were required to revise the label for your VPA drug products to include a warning concerning the hazard.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 147:**

Admit that you have a continuing responsibility to update the labeling for your VPA drug products with new safety information.

**RESPONSE:**