IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D.W.K., Jr. and parents MARY and DANIEL KALETA, and | ) ) ) |
| E.P. and C.P. and parents ROGER and MINDY PYSZKOWSKI, and | ) ) ) Case No. 13-cv-52-NJR-SCW ) Case No. 14-cv-847-NJR-SCW |
| J.F. and parent MICHELLE LEAL | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ABBOTT LABORATORIES, INC., | ) ) |
| Defendant. | ) ) |

# ORDER

**WILLIAMS, Magistrate Judge:**

On December 23, 2014, the Court held a discovery dispute conference. The following summarizes the Court's findings and rulings at that hearing.

**A. Privilege Log Document Production**

Abbott represents that it has sent Plaintiffs the remainder of the pre-2007 documents. They are still on track for a January 19, 2015 production as to the other 30,000 documents, which are dated post-2007. Abbott shall update the Court further on this issue on January 23, 2015, to be set by separate notice.

**B. Selection of Future Bellweather Cases**

Parties to meet and confer regarding a proposal to select future bellweather cases prior to the January 23, 2015 conference.

**C. Contextual Questions Covering pre-1996 issues for 30(b)(6) Witnesses (Topic 162)**

Abbott concedes that Plaintiffs may ask whether specific articles were considered in light of certain label changes, regardless of the date of the articles. But Plaintiffs may not take a second bite at the apple by asking if a 30(b)(6) witness agrees to specific statements in an article outside of the time frame reflected in the notice for that deposition. That type of questioning is improper as long as Abbott stipulates, as the Court presumes, that institutional memory remains constant.

### D. Dr. Michael Jarvis Deposition. (Topic 161)

Plaintiffs will agree to give Abbott the list of articles they intend to examine Dr. Jarvis by noon on December 29, 2014. Abbott shall give Plaintiffs proposed dates for Dr. Jarvis' deposition by 5 pm on December 29, 2014.

### E. Proposed Science Day

The Court instructs the parties to choose several new mutually acceptable days by January 7, 2015 and send them to the undersigned's proposed orders inbox.

**IT IS SO ORDERED**.

DATED: December 24, 2014

/s/   Stephen C. Williams
**STEPHEN C. WILLIAMS**
United States Magistrate Judge