IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: DEPAKOTE )
)
)
)
) Admin Order No. 209
)
)
)
)

## ADMINISTRATIVE ORDER

**REAGAN, Chief District Judge:**

Certain cases pending in this District's "Depakote Docket" are directed to be transferred by the respective presiding judges to Judge David R. Herndon for the purpose of settlement administration.[1] The Court directs the Clerk's office to assign a lead case number for administrative purposes. Each plaintiff will be managed under a separate member case and linked to the lead case. The initiating document in each member case will be a copy of this Administrative Order. Pleadings in previously filed cases will not be carried into the new member cases. All new pleadings shall be filed in the member cases. The cases listed in Exhibit A, along with any additional cases filed under the lead case number, shall be referred to as the "Administration Cases."

Certain of the Administration Cases have been previously selected for additional discovery, motion practice, and/or trial preparation. Pursuant to agreement of the parties, and absent further instructions from this Court, it is no longer appropriate for the Administration

---

[1] The pending cases that will be transferred and/or reassigned are listed on Exhibit A to this Order.

1

Cases to continue to participate in, or be eligible for selection for, discovery, motion practice, or trial preparation.

It is therefore ORDERED that all pending deadlines in the Administration Cases are hereby stayed until further notice from the Court during the pending complex settlement negotiations. Pursuant to this Administrative Stay, the parties are ORDERED to cease all discovery, motion practice, and other trial-related activities in all Administration Cases.

It is FURTHER ORDERED that all pending motions in the Administration Cases (including, but not limited to, motions to dismiss, motions for summary judgment, motions *in limine* and *Daubert* motions to exclude or limit expert testimony), are hereby administratively terminated without prejudice to the parties' right to refile such motions should the Court lift the Administrative Stay.

Plaintiffs have agreed to promptly provide Defendants with a copy of all future complaints. The Court hereby waives the filing fee for such future cases. Defendants have agreed to waive service of process for any future complaints filed under the lead case number and to promptly enter an appearance in any such cases. The Administrative Stay in this Order applies to Defendants' duty to answer or otherwise respond to future cases filed in the lead case number until further notice from the Court.

IT IS SO ORDERED.

DATED: January 19, 2018

Digitally Signed By
Chief Judge Michael J. Reagan
United States District Court
Southern District of Illinois

2018.01.19
11:23:34
-07'00'

MICHAEL J. REAGAN
Chief United States District Judge